APPEAL,CLOSED,JURY,PROSE−NP,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:24−cv−01626−SLS</u>
### *Internal Use Only*

EEON et al v. UNITED STATES OF AMERICA et al
Assigned to: Judge Sparkle L. Sooknanan
Demand: $400,000,000,000
Cause: 42:1983 Civil Rights Act

Date Filed: 06/03/2024
Date Terminated: 03/21/2025
Jury Demand: Plaintiff
Nature of Suit: 430 Banks and Banking
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**EEON**
*A Sole Proprietor*

represented by **EEON**
304 S Jones Blvd
Las Vegas, NV 89107
PRO SE

**Plaintiff**

**EEON FOUNDATION**
*Sole Proprietorship*

V.

**Defendant**

**UNITED STATES OF AMERICA**
*In its Commercial Capacity*

**Defendant**

**FEDERAL RESERVE BANK**

**Defendant**

**CHRISTOPHER MURRAY**
*CUYAHOGA COUNTY TREASURER*

**Defendant**

**ARMOND BUDDISH**
*CUYAHOGA COUNTY EXECUTIVE*

**Defendant**

**MAUREEN ZINK DELANE**
*Carlisle, Mcnellie, Rini, Kramer & Ulrich
CO., LPA*

represented by **MAUREEN ZINK DELANE**
24755 Chagrin Blvd
Ste 200
Cleveland, OH 44122
PRO SE

**Defendant**

1

**GUSTAVO BARTOLE**
*FIG Capital Investments, LLC*

__Defendant__

**NAILAH K BYRD**
*CUYAHOGA COUNTY CLERK OF COURTS*

__Defendant__

**GINA LUNSFORD**
*Magistrate Cuyahoga County Court of Common Pleas General Division*

__Defendant__

**MAUREEN CLANCY**
*Judge Cuyahoga County Court of Common Pleas General Division*

__Defendant__

**JEFFREY J. CRILLEY**
*Amerigroup Mortgage Corporation*

__Defendant__

**JAMIE DIMON**
*Chase Bank, Chase Bank 2nd Mortgage & JPMCP Chase & JP Morgan Chase*

__Defendant__

**KEN CLARK**
*Midland Mortgage CO*

__Defendant__

**G. JEFFREY RECORDS, JR**
*Midfirst Bank*

__Defendant__

**STANLEY C. MIDDLEMAN**
*Freedom Mortgage Corporation*

__Defendant__

**MARY MCDUFFEE**
*Navy Federal Credit Union*

__Defendant__

**SCOTT D. GILES**
*Mohela Department of Education*

__Defendant__

**CHARLES W. SCHARF**
*Wells Fargo Bank & Wells Fargo Home*
*Mortgage*

<u>**Defendant**</u>

**DONNA BLAND**
*Golden 1 Credit Union*

<u>**Defendant**</u>

**LANESE**
*Judge, Thurston County Superior Court*

<u>**Defendant**</u>

**BRIAN T. MOYNIHAN**
*Bank of America Corporate Center*

<u>**Defendant**</u>

**ISABELLA CASILLAS GUZMAN**
*Small Business Administration*

<u>**Defendant**</u>

**MIGUEL ANGEL CARDONA**
*Secretary of Education U.S. Department of*
*Education*

<u>**Defendant**</u>

**NEW JERSEY AMERICAN WATER**
**COMPANY INC.**
*American Water Works Company INC.*

<u>**Defendant**</u>

**JAY BRAY**
*Nationstar Mortgage LLC*
*doing business as*
MR. COOPER

<u>**Defendant**</u>

**MIKEL WILLIAMSON**
*First Bank*
*doing business as*
FIRST BANK MORTGAGE

<u>**Defendant**</u>

**BILL CHENEY**
*School First Federal Credit Union Bank*

<u>**Defendant**</u>

**JULIO ALDECOCEA**
*LAKEVIEW LOAN SERVICING, LLC.*

<u>**Defendant**</u>

**JIRO MORISAWA**
*American Honda Financial Corporation*

<u>**Defendant**</u>

**TIM WILLIAMS**
*21st Mortgage Corporation*

<u>**Defendant**</u>

**RENE F. JONES**
*M&T Bank*

<u>**Defendant**</u>

**JASON FRIEDLAND**
*Sensible Auto Lending LLC*

<u>**Defendant**</u>

**BRUCE JACKSON**
*Santander Consumer USA Holdings INC.*
*& Santander Consumer USA*

<u>**Defendant**</u>

**GREG COHEN**
*Caine and Weiner*

<u>**Defendant**</u>

**JACK C. KLEINERT**
*CKS Prime Investments LLC.*

<u>**Defendant**</u>

**JANET L. YELLEN**
*United States Department of Treasury*

<u>**Defendant**</u>

**MERRICK B. GARLAND**
*Attorney General, United States*
*Department of Justice*

<u>**Defendant**</u>

**RYAN VONDRAK**
*Nova Financial Investment Corporation*

<u>**Defendant**</u>

4

**ROBIN P. ARKLEY**
*SN Servicing Corporation*

<u>**Defendant**</u>

**GLEN A. MESSINA**
*PHH Mortgage Services*

<u>**Defendant**</u>

**JEREMY S. BREON**
*Clerk of Court, Centre County Courthouse*

<u>**Defendant**</u>

**AMY DREIBELBIS**
*Deputy Prothonotary, Supreme Court of the Commonwealth of Pennsylvania*

<u>**Defendant**</u>

**GENERAL ASSEMBLY OF THE COMMONWEALTH OF PENNSYLVANIA**

<u>**Defendant**</u>

**TOM WOLF**
*Governor of Pennsylvania*

<u>**Defendant**</u>

**JAMES N. MATTIS**
*Secretary of Defense*

<u>**Defendant**</u>

**FRANK MARTELL**
*Loan Depot & Loandepot.com*

<u>**Defendant**</u>

**DAVID A. SPECTOR**
*Pennymac Loan Services, LLC.*

<u>**Defendant**</u>

**CHAD CHADWELL**
*Sheriff, Fayette County Sheriffs Office*

<u>**Defendant**</u>

**DAVID KILGOR**
*San Bernardino County Child Support*

<u>**Defendant**</u>

**JOE DAVILA**
*Selene Finance LP.*

**Defendant**

**KERRIE VANDEN BOSCH**
*Mers*

**Defendant**

**THOMAS R. CANGEMI**
*President & CEO New York Community*
*Bancorp, INC.*

**Defendant**

**GLENN L. STREBE**
*FCU, Air Academy*

**Defendant**

**JON WITTER**
*Sallie Mae*

**Defendant**

**DARIN WOINAROWICZ**
*Arrowhead Credit Union*

**Defendant**

**JAY FARNER**
*Rocket Companies INC.*
*doing business as*
ROCKET MORTGAGE

**Defendant**

**MARY LEIGH PHILLIPS**
*Bridgecrest Auto Funding LLC*

**Defendant**

**ERIC P. DECLERCQ**
*Mortgage Access Corp.*
*doing business as*
WEICHERT FINANCIAL SERVICES

**Defendant**

**KENNETH BERTRAND**
*SERVEBANK*

**Defendant**

**JEFFERY R. NOORDHOEK**
*NEL NET*

**Defendant**

**ALLIE BURNS**
*Village Capital & Investment, LLC*

**Defendant**

**IAN ANDERSON**
*Westlake Portfolio Management*

**Defendant**

**BRUCE WILLIAMS**
*New Rez LLC,*
*doing business as*
SHELLPOINT MORTGAGE
SERVICING

**Defendant**

**JUAN FERNANCEZ−BARQUIN**
*Miami Dade County Clerk of the courts*

**Defendant**

**CINDY STUART**
*Hillsborough County, Clerk of Court*

**Defendant**

**RICHARD FAIRBANK**
*Capital One*

**Defendant**

**THOMAS J. VILSACK**
*Secretary, United States Department of*
*Agriculture*

**Defendant**

**LEO SALOM**
*CEO, TD Bank N.A.*

**Defendant**

**FINANCE OFFICE OF RURAL**
**DEVELOPMENT**
*Director*

**Defendant**

**JIM PATRONIS**
*Florida Department of Financial Officer*

**Defendant**

**JEFFREY J. BROWN**
*Ally Financial*

**Defendant**

**RANDHIR GANDHI**
*Select Portfolio Servicing, Inc.*

**Defendant**

**ALESSANDRO P. DINELLO**
*Flagstar Bank*

**Defendant**

**DEPARTMENT OF REVENUE**
*Child Support Program*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2024 | 1 | COMPLAINT against FEDERAL RESERVE BANK, UNITED STATES ( Filing fee $ 405, receipt number 207461) with Jury Demand filed by EEON, EEON FOUNDATION. (Attachments: # 1 Civil Cover Sheet)(zdp) (Entered: 06/04/2024) |
| 06/04/2024 | | SUMMONS Not Issued as to All Defendants (zdp) Modified on 9/19/2024 (zdp). (Entered: 06/04/2024) |
| 08/14/2024 | 2 | MOTION for Default Judgment as to The Board of Governors of the Federal Reserve Systems by EEON, EEON FOUNDATION. (zdp) (Entered: 08/19/2024) |
| 09/09/2024 | 4 | MOTION for Default Judgment as to Federal Reserve by EEON, EEON FOUNDATION. (zdp) (Entered: 09/30/2024) |
| 09/12/2024 | 3 | MOTION for Default Judgment as to by EEON, EEON FOUNDATION. (zdp) (Entered: 09/30/2024) |
| 10/17/2024 | 5 | MOTION for Leave to File by MAUREEN ZINK DELANE. (zdp) (Entered: 10/21/2024) |
| 10/24/2024 | | MINUTE ORDER. Plaintiffs have filed three motions for default judgment, but it appears that they have not served process on any defendant. Accordingly, Plaintiffs' 2 3 4 Motions for Default Judgment are DENIED. Plaintiffs are ORDERED to provide proof of service on Defendants on or before November 15, 2024. If Plaintiffs fail to meet that deadline, the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 4(m) and Local Civil Rule 83.23. So ORDERED by Judge Carl J. Nichols on October 24, 2024. (lccjn2) (Entered: 10/24/2024) |
| 11/08/2024 | 6 | MOTION to Clarify re Order on Motion for Default Judgment,,,,,,,,, Set/Reset Deadlines,, by EEON, EEON FOUNDATION. (zdp) (Entered: 11/12/2024) |
| 01/08/2025 | | Case directly reassigned to Judge Sparkle L. Sooknanan. Judge Carl J. Nichols is no longer assigned to the case. (ztnr) (Entered: 01/08/2025) |
| 02/06/2025 | 7 | ORDER: The Plaintiff is ORDERED to SHOW CAUSE, in writing, on or before March 10, 2025, why the claims against the Defendants should not be dismissed for failure to effectuate service. See the attached document for details. Signed by Judge |

|  |  |  |
|---|---|---|
|  |  | Sparkle L. Sooknanan on 2/6/2025. (lcrk) (Entered: 02/06/2025) |
| 02/06/2025 |  | MINUTE ORDER striking 6 Motion to Clarify. Signed by Judge Sparkle L. Sooknanan on 2/6/2025. (lcrk) (Entered: 02/06/2025) |
| 02/07/2025 |  | MINUTE ORDER denying without prejudice 5 Motion for Leave to File by Maureen Zink Delane. Signed by Judge Sparkle L. Sooknanan on 2/7/2025. (lcrk) (Entered: 02/07/2025) |
| 03/20/2025 | 8 | ORDER. The Court ORDERS that the case is DISMISSED WITHOUT PREJUDICE per Federal Rule of Civil Procedure 4(m). See attached document for details. Signed by Judge Sparkle L. Sooknanan on 3/20/2025. (lcrk) (Entered: 03/20/2025) |
| 04/15/2025 | 9 | ENTERED IN ERROR.....REQUEST FOR LEAVE TO FILE REVIEW. The attached document requires leave to file: MARLANA BEASLEY − Notification to the Court. Reason(s): Case is closed. Filer is not a party to the case. (znmw) Modified on 4/17/2025.....please disregard (znmw). (Entered: 04/16/2025) |
| 04/23/2025 | 10 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 8 Order by EEON. Filing fee $ 605, receipt number 209514. Fee Status: Fee Paid. Parties have been notified. (Attachment: # 1 Presentment Statement)(zjm) (Entered: 05/01/2025) |

# Before the Court of Appeals for the United States

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

**REDRESS PETITION NUMBER**

APR 2 3 2025

RECEIVED

## APPELLANT

## Eeon, et al, THE EEON FOUNDATION, et al., THE DISENFRANCHISED, et al.

## IN CONTROVERSY WITH

## THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL.,

## THE FEDERAL RESERVE BANK, ET AL.,

## THE FEDERAL RESERVE BOARD ET AL.,

# APPELLANT REDRESS PETITION IN BRIEF

### I.    INTRODUCTION

It has become necessary to state on and for the record, that it is a pleasure to be before this group of public servants in the exercise of my right to self-autonomy and the right of the appellants to their secured right to individual self-autonomy as secured by the Constitution for the United States of America! It should be noted that over 700 people, members of the posterity of the people of the United States, have signed as real parties of interest on to this particular suit, as real parties in interest in this particular matter, more than 700 additional individuals having joined this suit renders it a class-action!

The complaint was brought before the District Court under the seventh amendment, specifically citing non-core jurisdiction rooted in constitutional issues, questions, and rights.

Despite pointing out these facts before the court and providing conclusive law, the court literally ignored the petitioner's right to petition representative government for a redress of grievances, which means the court was deliberately interfering with the petitioner's right to self-autonomy, the very foundation of the formation of the Constitution in its first instance. This pattern of gatekeeping has been systematic across multiple jurisdictions – federal courts in California, New Mexico, Washington DC, Colorado, Texas, Mississippi, Wisconsin, Louisiana, New York, North Carolina, Virginia, Hawaii, Georgia, Wyoming, Florida, Massachusetts, Nevada, Utah, and Puerto Rico, each of the aforementioned courts for one reason or another denying the right to be before a common-law jury under common law rules as specified in the common-law Constitution!

    a. Does this court not acknowledged that the Constitution is a common-law instrument?

    b. Does this court not acknowledged the fact, that the people in the collective, form the sovereignty of the United States?

    c. Does this court not acknowledge and recognize the right of every single American to be secure in their persons, properties, which includes rights secured, affects, homes, life and other enumerated or unenumerated rights as stipulated within that compact?

    d. These questions are asked, because the courts continue to ignore lawful, legitimate, legal questions that are relevant to the instant matter, how so?

Judicial officers are public servants no matter what office, or what state, local, national, doesn't matter they are public servants. They are fiduciaries, trustees of a public trust! We will do our best to stay away from presumptions, assumptions and/or hypotheticals and deal strictly with facts and conclusions of law and we must insist that this body do the same. In the United States the law is the Government, not the other way around! Each person possesses the inherent right to self-autonomy and self-governance, public servants do not.

## II.  JURISDICTIONAL STATEMENT

1. The petitioners sued the corporation known as THE GOVERNMENT OF THE UNITED STATES, not the United States Government.

2. "THE GOVERNMENT OF THE UNITED STATES" is a private corporation as evidenced by Dun & Bradstreet number 16-190-6193, which verifies its corporate structure including its 963 employees and 2,768,886 "Total," with 59,506 corporate linkages. This entity engages in commercial business through its CRIS SYSTEM, MUNICIPAL BONDS, MORTGAGE-BACKED SECURITIES and prisoner trading. There will be an attempt to ignore this fact, that THE GOVERNMENT OF THE UNITED STATES is a corporation with an EIN number as specified in law, engaged in commercial business, and possessing no aspect of sovereignty as a matter of law, a fact that is an debatable. Bill be an attempt to ignore this fact, but this is a matter for jury to decide and this is what it appears the court was trying to suggest that the Atty. Gen. represents a private corporation, the CAFR's inclusive of notes, references, term definitions, and ledgers clearly evidences the private ownership of this corporation! An evidentiary hearing was mandated by law when this premise was challenged, and the court did indirectly bring forth such a challenge, creating a controversy and guaranteeing by denying the petitioner's the right to an evidentiary hearing, the remedy at redress.

3. "Anytime the United States Government enters commercial business, it abandons its sovereign capacity and is treated as any ordinary corporation", per 9 Stat. 595 (1851), ●Bank of the United States v.

Planters' Bank of Georgia, A.22 U.S. 904 (1824)● Federal Housing Administration v. Burr, 309 U.S. 242 (1940)● Keifer & Keifer v. Reconstruction Finance Corp., 306 U.S. 381 (1939)● United States v. Winstar Corp., 518 U.S. 839 (1996)● Thacker v. Tennessee Valley Authority, 139 S.Ct. 1435 (2019). The Atty. Gen. has no authority under 12 Stat. 806 (1863) to represent a private corporation as a matter of law.

1. The Atty. Gen. has a policy of receiving service through the United States Postal Service, a private corporation whose trademarks include "Certified Mail™", "Delivery Confirmation™", and "Signature Confirmation™". The Atty. Gen. waived personal service by establishing this electronic signature cooperative agreement with USPS.

A. At **common law**, a class-action lawsuit **did not require formal permission from the court** if it met certain well-established **equitable and jurisdictional standards**. Unlike under modern **civil procedure statutes**, where certification (permission) is mandatory, **no such certification was required at common law** under the following circumstances:

---

- o **Commonality of Legal Right and Remedy**

  - o If the members of the group had a **joint and undivided interest**, and the injury or relief sought was **identical and indivisible**, no permission was required. The suit could proceed as a matter of **equity jurisdiction** without additional court order.

  - o **Supreme Court Opinion**:
    "When the subject-matter of the suit is a common interest, and the parties too numerous to be conveniently brought before the court, equity permits a few to sue for the rest."
    — *Smith v. Swormstedt*, 57 U.S. (16 How.) 288

    ---

- o **Representatives Adequately Protect the Class**

  - o Where the named parties **adequately represented** the interests of all similarly situated persons—**and no conflict existed**—the court presumed the validity of the representative status **without needing certification or leave**.

  - o **Maxim of Law**:
    *"Qui facit per alium, facit per se" — He who acts through another, acts himself.*

  - o
    ---
- o **No Statutory Bar or Procedural Requirement**

  - o In the absence of **codified civil procedure**, common law courts **operated under doctrines of equity and necessity**. Therefore, if joinder was impracticable, and all class members' rights could be adjudicated fairly through a representative, the **court allowed the case to proceed** *without prior approval*.

  - o **Maxim of Law**:
    *"Lex non cogit ad impossibilia" — The law does not compel the doing of impossibilities.*

    ---

- **Indivisible Relief**

    - If the remedy sought was **indivisible** (e.g., injunctive relief, declaratory judgment, or restitution from a common fund), and not personal or distinct to each claimant, **court permission was unnecessary**. The suit was inherently **collective** in nature.

    - **Example**: A claim against a trustee mismanaging a trust fund benefiting hundreds—no individual permission needed.

---

- ## Common Right or General Interest Doctrine

    - In cases involving **public rights** or a **collective injury to a community**, a private civilian could sue on behalf of the whole **without certification**. These actions were **considered quasi-class suits** at common law.

    - These petitioners having come before the court not in disguise but openly under the rules of common law continually addressing the court and asking it to clarify if it understood the rules of common law and if it would abide by the seventh amendment requirement, the court stood mute, dumbfounded, all the cats in the world seized its tongue!

      Quasi-class suits were a historical legal concept that evolved before modern class action procedures. They were a precursor to today's class action lawsuits and represented an early attempt by courts to handle cases involving numerous parties with similar interests.

    - At common law, quasi-class suits allowed a representative plaintiff to bring a lawsuit on behalf of themselves and others similarly situated, though with significant limitations compared to modern class actions. These suits typically arose in equity courts rather than law courts, and were used in cases where there were too many potential plaintiffs to practically join them all to the litigation.

  The key characteristics of quasi-class suits included:

    1. **They generally involved shared interests in property or common funds**

    2. **They required that all represented parties had similar interests**

    3. **The judgment would bind all represented parties, even those not physically present.**

**Supreme Court Quotation**:
"A single individual, if properly situated, may be the instrument for the redress of a common wrong."
— *Dutton v. Howell* (1678)

---

**FOUNDATIONAL:**

Under **common law principles**, a class-action lawsuit **did not require permission** from the court where:

1. The injury and remedy were **joint, undivided, and indivisible**,
2. The representative **shared the same legal interest**,
3. The number of claimants made joinder **impracticable**, and
4. The relief sought was **equitable and uniform**.

The modern requirement for permission or "certification" is **a statutory construct**, not a common law prerequisite.

By actions and/or inactions it appears the court has denied the petitioner's there right to file a Seventh Amendment Complaint, converting it to a civil action under title 42 section 1983 of the United States code, ergo, abridging the right to petition for redress and access to seventh amendment remedies, the very definition of abridging the rights of the petitioners to access the court and the right to choose i.e.: self-autonomy!

It is not necessary to spell it out, but we protest, we challenge, we say no, we object! Now what is this court going to do about protecting the rights of the petitioners which it is empowered to do. This court must put the rights of the petitioners are ahead of its procedural technicalities, and not focus on irrelevant points, but on the key issues that will be readdressed in the summary.

1. **The original complaint was brought before the District Court of the United States (preprinted forms are in error, the actual court originally instituted by Congress and said to have article 3 jurisdiction, was under the judicial branch of government, by law, Congress could not change the name of the court to the "United States District Court" from its original name as already established "the District Court of the United States" because it was barred by the separation of powers clause and the delegation of authorities clause. Under the seventh amendment to the Constitution for the United States of America, rights are secured at common law, the rules are that of common law and the parties have a right to a non-statutory proceeding before a nonstatutory jury known as a "trial by jury. The non-core jurisdiction of the District Court was specified because the matter was rooted squarely on constitutional issues, questions and secured rights.**

2. **Despite specifically addressing these issues before the court and providing conclusive law, the court literally ignored the petitioner's right to petition the government for a redress of grievance, having never responded to any of the questions or request for clarification, which means the court was deliberately**

interfering with the petitioner's right to self-autonomy, to access the court and to petition for a redress of grievances via abridgment.

3. Judicial officers are public servants no matter what office, what branch, they are public servants, fiduciaries, trustees of a public trust! We will do our best to stay away from presumptions, assumptions and/or hypotheticals and deal strictly with facts and conclusions of law and we must insist that this body do the same!

4. The petitioners filed a "Suit At Common Law" evidencing our right respecting: **In SUITS AT COMMON LAW**, where the value in controversy shall exceed twenty dollars ($20), **the right of trial by jury _shall be preserved_**, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to **the rules of the common law**."

5. Reminding the runaway court, that we were reserving and retaining our right as secured by the Constitution, this is a right that the court lacks any aspect jurisdictional authority to waive under any circumstances. When there is a controversy that exceeds $20 and the exercise of the right to be at common law before a common-law jury otherwise known as a trial by jury had been asserted, the only thing the court can do is comply with the request as mandated in law.

   a. Yes, we are aware that there has not been a documented "trial by jury" under the seventh amendment of the Constitution for the United States of America since the 1800s, or at least we have no evidence of any such matters as we have tried and scoured law libraries and websites to no avail.

   b. We reminded the court of its fiduciary duties, reminded the court of our right to self-autonomy, we reminded the court of its obligation as delegated by the Constitution so, the court nor its officers, and please note that we are evidencing the distinction between the institution and the agents, have an/any excuse for not adhering to the law!

   c. In the United States the law is the Government! Each person in the United States possesses the inherent right to self-autonomy and self-

governance. When these self-autonomous individuals come together as a group known as THE POSTERITY OF THE PEOPLE, they establish law to govern themselves collectively while still retaining their individual autonomy. In this sense, the law is the government, as it is the agreed-upon authority created by the people, and public servants exist not to be the law, but to carry out and adhere to the law as mandated by the people.

- The colonists weren't adopting English common law, they were creating a new legal framework heavily based on Scripture - particularly the Puritan colonies who had specifically left England to establish Biblical commonwealths free from what they saw as corruption in the Church of England.

- The Puritans in New England deliberately created legal systems based directly on Biblical principles rather than simply transplanting English common law. The Fundamental Orders of Connecticut (1639) represents this approach - creating what many consider the world's first written constitution, drawing its principles from Scripture rather than English precedent.

- The Massachusetts Body of Liberties (1641) is another excellent example, as it was explicitly modeled on Biblical law with numerous direct references to Scripture passages as justification for its provisions. When colonists referred to "common law," they often meant principles they believed were derived directly from Biblical precepts of justice rather than English legal tradition.

- This Biblical foundation for American law is why religious liberty, trial by jury, representation in government, and limits on government power became such fundamental principles in colonial legal systems. These weren't simply English

traditions being transported - they represented the colonists' understanding of

Biblical principles of justice and governance that they believed England had

failed to uphold.

## 6. The aforementioned are facts and conclusive in law, and yet, the District Court in its benevolence ignored the rights of the petitioner's and did so by misrepresenting the facts on the record as shall be proved and evidenced by the record!

The **Joint Resolution** 54 statute-at-large page 178, is a formal act of one thing implies the exclusion of another"** (*expressio unius est exclusio alterius*): By expressing that this is a "self-governing Republic," Congress **excluded** the interpretation that the people are governed by others or are wards of the State.

**Supporting Maxims of Law:**

1. **"Sovereignty itself is, of course, not subject to law, for it is the author and source of law."**

2. **"The people are the sovereign, the government of the United States of America, the agencies, departments, employees, agents, officers are subservient to the people that superior."**

3. **"He who is governed by a law, is presumed to know the law and in the United States the law is how people are governed."**

4. **"Consent makes the law, however, consent must be knowing, deliberate, intentional, willful. A contract is a law between the parties, which can acquire force only by consent."**

This preamble is not mere colonial ceremonial fluffery. It is part of the delegation of authority which is the **legislative record** and carries **conclusive weight in discerning The People's intent**. In legal conclusionary terms, it affirms the Americans who reached the age of 21 as individual, being the primary unit of sovereignty, not the collective so-called-branches of government. This is foundational to due process, secured right to property and personal liberty.

If anyone were invoking this as part of a challenge--- let's say, in opposition to presumptions of a presumed collective citizenship, administrative governance, or delegated representation--- they in fact are standing on **undeniable statutory bedrock**. The Bill Of Rights to the Constitution for the United States of America protects these inalienable rights, the right to self-autonomy, the rights of property, the right to be secure in one's property, person, papers, the right to life, the right to due process of law, the right to equal protection of law, the right to protect oneself, the right to petition government, the right to sue, the right to speech, right to assemble, right to religion, the right secured whether enumerated or unenumerated, the rights retained, the rights reserved, these are all self-autonomous rights, are they not?

The District Court has been interfering with the right of self-autonomous individuals to access the court as is the case here. This very court has blocked at least eight different petitions, including eight petitions for appeal by number following procedures and filing an appeal based on a judgment adverse to their interests that is never been processed. The District Court is actively participating in gatekeeping!

Denial of access to the court or performing acts of gatekeeping are unconstitutional and illegal in the United States by any public servant and/or public official and/or public officer, is it not? What makes gatekeeping a legal is because it abridges the rights of individuals to access the court abridges their rights to petition for redress of grievances, reparations, just compensation, it turns a right and or supper rights and privileges which is illegal for public servants!

And yet they talk about **THE SANCTITY OF THE INSTITUTION,** which is paramount over the autonomy of the posterity of the people, go figure?

The courts usually say that someone is attempting to do this or do that or say that they're implying this or implying that, taking words and twisting and/or manipulating them to fit the court's narrative through its public servant, fiduciary, trustee, employee's, the court's interpretation of what someone is or is not attempting to say and/or do and/or imply is a violation of due process, either they have the right to speak or they don't!

While the taking of someone's words and rephrasing it, may look good on paper, in order to prepare a record for appellate so-called review, it is fundamentally flawed, and here's how.

Public servants do not have the capacity and/or the authority to interfere with the right of self-autonomy under any circumstances. It is well-established that there can be no rulemaking or policy that can convert a right to a privilege, and therefore Congress acknowledged the aforementioned fact, wait, the people also declared it via **"THE DECLARATION"** which explicitly states this conclusive fact:

*We hold these truths to be self-evident, that all men are created equal, endowed, this is INALIENABLE, endowed, created, "all", that means that all are equal under law, and the courts are required to follow the law, and of all are equal under the law everyone has the right to self-autonomy, amazing that they got it right, they even said it was self-evident, which is why Congress stated that it is a responsibility of every man and woman in this country to recognize their right to self-autonomy.* It called them **SOVEREIGN AMERICAN CITIZENS,** they represent the sovereignty of this nation, and the courts have said that they are terrorists, the Atty. Gen. has said that they are terrorists, well not quite, they said that some movement, that is disorganized, doesn't have a leader, but are radicals, violent, and don't believe that the government has any authority over them, are these phantom terrorists.

The right to self-autonomy cannot be ruled on by the courts, they don't have the delegation of authority, there is no delegation of authority to overrule self-autonomy, unless an individual invades another's right to self-autonomy, that's with the right to petition the government for redress of grievance is put in place for, is it not! Congress, and the **preamble** expresses **clear legislative intent**---particularly regarding the **individual nature** of sovereignty in the American constitutional framework.

**Legal Interpretation:**

- The phrase **"self-governing Republic"** is pivotal. The term **"self"** is grammatically **singular,** and in legislative language, it carries precision. Congress was acknowledging that **each citizen is a sovereign---governing themselves,** not through a collective submission to the State, but as individual participants in a republic of equals.

- The act **recognizes the moment of reaching the age of majority (21)** as a significant threshold. It celebrates not subjection to authority, but **the rise into individual authority,** fully vested with the rights and responsibilities of self-governance.

- This resolution, found at **54 Stat. 178,** affirms that the people are not wards or subjects, but **the originators of power.** Congress did not declare "we the government govern the people," but rather that

**each citizen is to be impressed with the significance of their status---as a sovereign** in their own right.

**Statutory Construction Principle:**

- **\*\*"The expression# REDRESS PETITION FROM SOVEREIGN, AUTONOMOUS, CIVILIAN - NOT A BRIEF, NOT A PLEADING!**

# Notice to Agents is Principal!

**THE SELF-AUTONOMOUS,** Eeon, et al, THE EEON FOUNDATION, et al., THE DISENFRANCHISED, et al.

**IN CONTROVERSY WITH** THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY (D-U-N-S® NUMBER 16-190-6193), ET AL., THE FEDERAL RESERVE BANK, ET AL., THE FEDERAL RESERVE BOARD ET AL.

---

# LAWFUL REDRESS PETITION!

## The District Court's Violation of Secured Rights

The petitioners filed a "suit at common law" evidencing our right respecting: In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

There is no evidence on any record that the corporation known as "THE GOVERNMENT OF THE UNITED STATES" is a government-sponsored Corporation…

**\*Lucy got's some splining to do!**

**ONESTOP REPORT**

**Government of The United States**

**5-Aug-2022**

**Government of The United States**

**Washington, District of Columbia, United States**

**+1-202-456-1414 www.usa.gov**

**reports: Public Sector Parent Headquarters Decision HQ**

**EMPLOYEES**

**963 (Here)**

**2,768,886 (Total)**

**CORPORATE LINKAGE**

**59506 Companies**

**INDUSTRY**

**Executive and Legislature**

**REPORTING CURRENCY**

**USD**

**TOTAL ASSETS**

**1.50B**

**D-U-N-S® NUMBER**

**16-190-6193**

**ADDRESS**

**1600 Pennsylvania Ave Nw**

**Washington, District of**

**Columbia, 20500-0005 United**

**States**

**(Primary Address)**

**Latitude: 38.896109**

**Longitude: -77.036564**

**Company Summary**

**Business Description**

**… Besides the various departments led by secretaries, other agencies such as the Office of Management and Budget, the Central Intelligence Agency, and the Council of Economic Advisers report to the President. In case of the President's death or temporary incapacitation, or resignation, the Vice President succeeds to the office.**

**Source: D&B**

**Leaflet | © OpenStreetMap**

**Yes yes yes, this can be explained, there is an explanation for this or that….., either way, we have the right to an evidentiary hearing as it is the corporation we're suing, we're not suing the United States Government! We are suing a corporate business, that engages in commercial business and participates in commercial business activities on a regular basis either prove THE COURT'S CRIS SYSTEM, MUNICIPAL BONDS, MORTGAGE-BACKED SECURITIES and/or other means of commercial trades including that on prisoners trust created accounts and or bonds.**

The Atty. Gen. for the United States has followed its policy of receiving service through the United States Postal Service as identifies by affixing an electronic signature showing the cooperative agreement with the United States Postal Service!

## Proof of Service and Deliberate Judicial Obstruction

The District Court ignored the fact that the Atty. Gen. or any other person in America above the age of 18, competent and of legal capacity, has **THE CONTRACTURAL RIGHT TO WAIVE THEIR RIGHT TO PERSONAL SERVICE.** When the Atty. Gen. elected to receive service by mail and the rule specifically state:

"**[(h) Serving a Corporation, Partnership, or Association.** Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served:

(1) in a judicial district of the United States:

(A) in the manner prescribed by Rule 4(e)(1) for serving an individual; or

(B) **by delivering a copy of the summons and of the complaint to an officer,** a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant; or

(2) **at a place not within any judicial district of the United States,** in any manner prescribed by Rule 4(f) for serving an individual, except personal delivery under (f)(2)(C)(i) .

(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.

(1) *United States.* To serve the United States, a party must:

(A)(i) **deliver a copy of the summons and of the complaint** to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

(ii) **send a copy of each by registered or certified mail** to the civil-process clerk at the United States attorney's office;

(B) **send a copy of each by registered or certified mail** to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, **send a copy of each by registered or certified mail** to the agency or officer.

(2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also **send a copy of the summons and of the complaint by registered or certified mail** to the agency, corporation, officer, or employee.

(3) *Officer or Employee Sued Individually.* To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e) , (f) , or (g) .

…

(2) *State or Local Government.* A state, a municipal corporation, or any other state-created governmental organization that is subject to suit must be served by:

(A) **delivering a copy of the summons and of the complaint to its chief executive officer;** or

(B) serving a copy of each in the manner prescribed by that state's law for **serving a summons or like process on such a defendant.**

(k) Territorial Limits of Effective Service.

(1) *In General.* **Serving a summons or filing a waiver of service establishes personal jurisdiction over a defendant:**

(A) who is subject to the jurisdiction of a court of general jurisdiction in the state where the district court is located;

]"... We've highlighted the fact that the Atty. Gen.'s receipt through an agent as identified on the proof of service constitutes a waiver of personal service via election to sign electronically. That was the conscious choice and one that the individual appears to have had the authority to perform, that of signing electronically. By affixing electronic signature documenting the receipt of the mail, this is in and of itself evidence of a tacit acquiescence verification of acceptance of the mail, thus documenting an alternative service notification via the receipt serving as an affidavit with an electronic signature affixed attesting to the aforementioned facts. The electronic signature operates as an affidavit, because the statement on the affidavit affixed to the electronic signature is specific to the acceptance of service: "Status: [Delivered, Individual Picked Up at Postal Facility]… Extra Services: Signature Confirmation… Actual Recipient Name: [E ANDERSON]"

All of the other statement in the so-called rule specifically states, "send a copy to", and with reference to providing proof of service. United States Postal Service, has their rules and requirements for proof of service that the court has accepted previously. As the rule says, that the petitioners are required to send a copy via certified mail and provide proof of service, is this not correct? So, how could there be a failure on the part of the petitioners? Any answer to this question would clearly evidence that dismissal was improper in the first instance!

It would appear that the defendants did not provide notice in advance that they do not accept proof of service through the United States post office and such being a matter of record, their opting for electronic signature constitutes a tacit acquiescence to alternative service in conjunction with the contract with United States Postal Service under the E-Sol agreement. Does the following proof of service constitute proof of service as stipulated in the so-called rules procedure as written:

[The following is in response to your request for proof of delivery on your item with the tracking number]:

9502 1152 0251 4183 3919 38.

Item Details

Status: [Delivered, Individual Picked Up at Postal Facility]

Status Date / Time: July 8, 2024, 5:03 am

Location: WASHINGTON, DC 20530

Postal Product: USPS Ground Advantage™ - Retail

Extra Services: [Signature Confirmation™]

Up to $100 insurance included

Actual Recipient Name: [E ANDERSON]

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery......

[signature confirmation is trademarked, let's take a look at whether or not certified mail has a trademark and whose policies must be followed since the court recognizes delivery of service through certified mail?]

The following is in response to your request for proof of delivery on your item with the tracking number:

**9502 1152 0251 4183 3919 38.**

**Item Details**

**Status:** Delivered, Individual Picked Up at Postal Facility

**Status Date / Time:** July 8, 2024, 5:03 am

**Location: WASHINGTON, DC 20530**

**Postal Product: USPS Ground Advantage™ - Retail**

**Extra Services:** Signature Confirmation™

**Up to $100 insurance included**

**Actual Recipient Name:** C. ANDERSON

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery......



**UNITED STATES POSTAL SERVICE®** | About

‹ Previous          Contents

# TRADEMARKS

The following are among the trademarks owned by the United States Postal Service: ACS™, APC®, Automated Postal Center®, Carrier Pickup™, CASS™, CASS Certified™, Certified Mail, Click-N-Ship®, Confirm®, Customized MarketMail®, Delivery Confirmation™, DMM®, EPM®, Express Mail®, FAST®, FASTforward®, First-Class®, First-Class Mail®, Full-Service ACS™, IM™, IMb™, Intelligent Mail®, LACSLink™, MASS™, MERLIN®, Mover's Guide®, NCOALink®, Netpost®, Netpost Mailing Online™, OneCode ACS®, OneCode Confirm®, OneCode Solution™, OneCode Vision®, Parcel Post®, Parcel Select®, PC Postage®, PLANET®, PLANET Code®, Post Office™, *PostalOne!*®, Postal Service™, POSTNET™, Priority Mail®, Quick, Easy, Convenient™, RDI™, ReadyPost®, REDRESS®, Registered Mail™, RIBBS®, Signature Confirmation™, Simple Formulas®, Stamps by Mail®, Standard Mail®, The Postal Store®, United States Postal Service®, U.S. Mail™, U.S. Postal Service®, USPS®, USPS Electronic Postmark®, USPS.COM®, www.usps.com®, ZIP+4®, and ZIP Code™. This is not a comprehensive list of all Postal Service trademarks.
Mail.dat®, Mail.XML® and IDEAlliance® are trademarks owned by the International Digital Enterprise Alliance.

**'Bull's-eye', certified mail is a registered trademark of the private corporation known as the UNITED STATES POSTAL SERVICE or USPS.** The petitioners follow USPS's policies, and as you can see, the defendants via the proof of services evidences that one of their agents picked up the article of mail under the **AGENT PRINCIPAL DOCTRINE!** Is it possible that the District Court didn't understand these general

provisions of law and what constituted proper service under the rules? Doesn't the rule specifically state, that the petitioners were to "send a copy by ... certified mail"? United States post office has their policies on how certified mail to be handled including certified mail via electronic signature, the return receipt for electronic signature operates as an affidavit from Postal Service since it carries its official trademark and copywritten material, authorized by that agency! The authorization signifies the alternative service documentation:

*Subdivision (d)(4)* . This paragraph, governing service upon the United States, is amended to allow the use of certified mail as an alternative to registered mail for sending copies of the papers to the Attorney General or to a United States officer or agency. Cf. N.J. Rule 4:5–2. See also the amendment of Rule 30(f)(1).

Because the petitioners do not reside in the District of Columbia and are not part of the district, the district is a foreign jurisdiction for the sake of service:

Under subdivisions (e) and (i), when authority to make foreign service is found in a Federal statute or statute or rule of court of a State, it is always sufficient to carry out the service in the manner indicated therein. Subdivision (i) introduces considerable further flexibility by permitting the foreign service and return thereof to be carried out in any of a number of other alternative ways that are also declared to be sufficient. Other aspects of foreign service continue to be governed by the other provisions of Rule 4 . Thus, for example, subdivision (i) effects no change in the form of the summons, or the issuance of separate or additional summons, or the amendment of service.

> The Supreme Court's proposed subsection (d)(7) and (8) authorized, as an alternative to personal service, mail service of summonses and complaints on individuals and organizations described in subsection (d)(1) and (3), but only through registered or certified mail, restricted delivery. Critics of that system of mail service argued that registered and certified mail were not necessarily effective methods of providing actual notice to defendants of claims against them. This was so, they argued, **because signatures may be illegible or may not match the name of the defendant, or because it may be difficult to determine whether mail has been "unclaimed" or "refused", the latter apparently providing the sole basis for a default judgment**.

It was not necessary for the defendants to notify the courts or the petitioner's, evidence of their electing alternative service is the contract with the United States Postal Service, the receipt with the electronic signature on it evidencing that contract by reference and therefore serving as notification upon all parties! These are matters of fact not a matter of convenience or matter of presumption! And even if one could attempt to argue, and we make no arguments, but if one could attempt to argue, that would still require an evidentiary hearing, which was requested on at least five different occasions and ignored!

It would appear that the District Court was operating as a critic of the mail service arguing that certified mail was not necessarily an effective method of providing actual notice to the defendants of the claim against them. Somehow arguing, that the signatures were legible, and there was proof that the agent who signed for the three separate articles of, was an employee and/or agent of the agency being served, thus showing proof that it wasn't unclaimed or refused and therefore no justification for claim a failure to prosecute!

We brought to the court's attention that the Superior Court of the District of Columbia allows, permits, receipt of services via electronic signature, and yet the court ignored these facts only documenting that the clerk had not documented the service, yet according to the law, it wasn't up to the court clerk to make a judicial determination as to whether or not service have been perfected! Or was it?

**It appears that according to the rules, there is no failure to prosecute, no failure to serve the defendants as required by rule either common law or civil procedure, and if there were based on this information provided here which was provided to the District Court, does it require an evidentiary hearing or for the District Court to specify what the failure was on the part of the petitioners?**

**Proof of Active Prosecution - No Failure to Prosecute!**

The court stipulated that there was a failure to prosecute, yet there was a default request, a petition for clarification, a default judgment request placed on the record to which the court never properly responded, which does not support the claim or presumption leading to the violation of the petitioner's right that they somehow failed to prosecute!

Then there are the five communications from the court including dismissal notification that have never been received. Evidence of this is that the petitioners utilize a registered agent for receipt of all mail. The rules recognize the use of the registered agent for receipt of registered and/or certified and/or other mail, and this mail is logged, scanned, and ledgered, and there is no record of these items ever being received, even from the opposing party, which means that it is not a coincidence and there's not a failure of the mail service because all other mails are being received including the mails being sent out by the petitioners to the court!

We complained about problems with the clerk of the court not mailing out documents although claiming they have, and we provided proof of this and are entitled to prove our claims by an evidentiary hearing, and the court has ignored that request by simply not responding.

The right to petition for redress of grievance implies a duty to respond for the word redress means "to correct the wrongs", "compensation", "reparations", none of those adverbs imply silence, they all imply continuous action. SIMPLY SAYING DENIED and/or DISMISSED does not satisfy the due process and equal protection of law requirements of the Fifth Amendment.

The court record clearly shows the petitioners' active participation:



order Order Thu 03/20 3:45 PM
ORDER. The Court ORDERS that the case is DISMISSED WITHOUT PREJUDICE per Federal Rule of Civil Procedure 4(m). See attached document for details. Signed by Judge Sparkle L. Sooknanan on 3/20/2025. (lcrk)

order Order on Motion to Clarify Thu 02/06 2:54 PM
MINUTE ORDER striking6 Motion to Clarify. Signed by Judge Sparkle L. Sooknanan on 2/6/2025. (lcrk)

**Wednesday, January 08, 2025**

utility Case Assigned/Reassigned Wed 01/08 3:33 PM
Case directly reassigned to Judge Sparkle L. Sooknanan. Judge Carl J. Nichols is no longer assigned to the case. (ztnr)

**Friday, November 08, 2024**

6    14 pgs motion Clarify Tue 11/12 2:23 PM
MOTION to Clarify re Order on Motion for Default Judgment,,,,,,,,, Set/Reset Deadlines,, by EEON, EEON FOUNDATION. (zdp)

**Thursday, October 24, 2024**

order Order on Motion for Default Judgment,Set/Reset Deadlines Thu 10/24 4:05 PM
MINUTE ORDER. Plaintiffs have filed three motions for default judgment, but it appears that they have not served process on any de
Defendants on or before November 15, 2024. If Plaintiffs fail to meet that deadline, the case may be dismissed for failure to prosecut

**Thursday, October 17, 2024**

5    motion Leave to File Document Mon 10/21 11:45 AM
MOTION for Leave to File by MAUREEN ZINK DELANE. (zdp)

**Thursday, September 12, 2024**

3    MOTION for Default Judgment as to by EEON, EEON FOUNDATION. (zdp)

**Monday, September 09, 2024**

4    MOTION for Default Judgment as to Federal Reserve by EEON, EEON FOUNDATION. (zdp)

**Wednesday, August 14, 2024**

2    MOTION for Default Judgment as to The Board of Governors of the Federal Reserve Systems by EEON, EEON FOUNDATION. (zdp)

**Tuesday, June 04, 2024**

SUMMONS Not Issued as to FEDERAL RESERVE BANK, UNITED STATES (zdp)"

## GATEKEEPING AND RACIAL PREJUDICE - HISTORY OF INSTITUTIONAL RACISM!

Deliberate, wanton indifference, assigning a judge, person of color so that the claim of racism cannot be alleged does not remove the claim of racism. Racism is not just performed by persons of non-color, every person on this planet has the capability of being racist, it has nothing to do with skin color by the one perpetrating it!

We are accusing the court of racism and of systematic imperialistic gatekeeping. Blocking access knowingly, intentionally, deliberately in an ongoing conspiracy to control who has and who does not have the right to access and/or petition for redress, operates as an abridgment, which the law prohibits!

The court by its actions as turned the right to petition for redress of grievance into a procedural matter. This court has altered the record, to make it appear, that the judicial officers didn't do anything wrong, making it appear that they simply just asked that it asked that the petitioners refile and/or place on the record effectuated service of which they did, 4 consecutive times, this means the court had an obligation and duty to address whether or not there was conformity what law which means there must be a hearing, "evidentiary" in nature and an ordering of a show of cause without the opportunity of providing supportive evidence on the record, is a violation process, how so?

Because the court deliberately and intentionally did not provide a copy of the order, so no one has any idea what the order actually says, the order to show cause was never mailed, and we can prove it was never mailed because we use a registered agent for receipt of all mails, which operates as a rebuttal to any clerk's so-called declaration of service. If our declaration of service can be challenged, we most certainly can challenge that of the clerks. The petitioners told the court hey, we haven't received the last five documents placed on this record and were ignored,

this is the definition of gatekeeping because the court had a duty to order those documents re-served as a matter of law once it received notice:

Invocation of the *Slaughterhouse Cases*, 83 U.S. (16 Wall.) 36 (1873), is legally grounded and critically important. The Supreme Court in that decision limited the reach of the Fourteenth Amendment to federal (or "United States") citizens, (Article IV, Section 2) the so-called privileges and immunities of U.S. citizenship under the Fourteenth Amendment.

## ⬤ GATEKEEPING AS UNCONSTITUTIONAL DENIAL OF COURT ACCESS

🚫 *Without invoking the 14th Amendment, which as the Supreme Court stated only apply to the "federal citizen" an entity created by Congress and it was not just a matter of privileges and immunities because the 14th amendment did not isolate privileges and immunities, the clause was specific, to "all persons" born or naturalized in the United States, being United States citizens"", which means, that section was contextual and there was no segregation intended with the privileges and immunities provision, clause 1 of the 14th amendment was specific to the entire clause, and it did not separate born and/or naturalize from anything else other than a citizen of a state. So the privileges and immunities clause was specific to the entire section and the individuals listed, these new creatures i.e.: US citizens, United States citizens, citizens of the United States, which are either born or naturalized but nonetheless, a new creature created by Congress by the implementation of that act, and it does not apply to non-federal citizens, this is what the Supreme Court stated in the slaughterhouse cases.*

### ✦ 1. Gatekeeping = Violation of Article III Judicial Vesting

Under Article III, Section 1 of the Constitution for the United States of America, judicial power is vested exclusively in courts of record established by the people and authorized through organic delegation.

When administrative agents, state clerks, magistrates, or non-Article III judges i.e.: core venues, deny the right of entry, refuse to docket a filing, or remand matters into commercial equity or admiralty jurisdictions---such actions divest the self-autonomous posterity of ThePeople of their access to the very courts created to secure their unalienable rights.

*"The Constitution shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby..."*
--- *U.S. Const. Art. VI, Cl. 2 (Supremacy Clause)*

Gatekeeping violates that supremacy by creating false jurisdictional layers not sanctioned by original legislative enactment.

### ✦ 2. Denial of Court Access = Breach of the First Amendment Right to Petition

*"Congress shall make no law... abridging... the right of the people... to petition the Government for a redress of grievances."*

This clause provides the Self-Autonomous American civilian a direct and unfettered right to seek redress in the court of original jurisdiction. No gatekeeper---judicial or clerical---has lawful authority to impose artificial barriers such as:

- Mandatory representation by a BAR-certified agent, contrary to the right to self-representation at common law.

- Restrictive electronic filing access (e.g., CM/ECF) which prevents civilians from presenting lawful claims and affidavits, as they must find a contractual agreement in order to participate in such a filing system which violates the right to contract clause and the right to access the court.

- Reclassification of claims into bankruptcy, tax court, or administrative proceedings, especially when the civilian has demanded a trial by jury and operates outside commercial jurisdiction.

◆ 3. Denial of trial by jury = Violation of the Seventh Amendment

The Seventh Amendment guarantees that all controversies where the value exceeds $20 are to be known as lawsuits under the common law or suits at common law, and that in such instances individuals shall have the right to a trial by jury which shall forever remain preserved.

Gatekeeping, procedures that:

- Dismiss cases through summary judgment without a jury;

- Claim "lack of standing" without factual inquiry;

- Deny trial based on form rather than substance,

...constitute an abrogation of constitutional due remedy, bypassing the jury, which is the tribunal lawfully ordained by the people.

*"Trial by jury in civil causes is a fundamental right, and one of the most precious safeguards of liberty." --- Justice Joseph Story, 1833*

◆ 4. Tenth Amendment: Reserved Powers and Right to Court of Origin

*"The powers not delegated to the United States by the Constitution... are reserved to the States respectively, or to the people."*

When court systems enforce federalized procedures that strip state nationals of access to state-created common law courts, they are operating ultra vires (beyond their lawful authority). The Tenth Amendment forbids such federal overreach, especially when it preempts the rights of individuals to contract, to own property, and to enforce grievances at common law.

This includes:

- Routing claims into statutory equity courts, which are not courts of record, i.e. courts of law as specified in the Constitution;

- Using procedural rulebooks that contradict the common law rules (e.g., FRCP, local rules) as barriers to access, despite having no constitutional parity with substantive common law mandates;

- Denying the right to bring a petition unless a fee is paid in addition to the budgetary allocations or a form is completed a certain way, prewritten serving as an affidavit which violates the right to petition the court.

Such acts are unlawful infringements on sovereign authority and the right to be heard.

◆ 5. Natural Law & Law of Nations: Right to Justice Without Interference

Under natural law, codified in part by Vattel's *Law of Nations*---recognized by the Founders and cited in early court opinions---every self-autonomous person in the United States of America has the right to seek justice unimpeded.

Gatekeeping obstructs this right when a clerk, judge, or court administrator:

- Denies a writ of habeas corpus converting the right to petition for writ of habeas corpus to a privilege under an unlawful statute, a code,

- Ignores properly filed notices or affidavits,

- Requires commercial instruments (e.g., FRNs) for access in addition to that already received as part of the budgetary allocation,

- Disregards unalienable rights not derived from enacted law.

☑ CONCLUSION:

Gatekeeping---when used to deny access to Article III courts or to redirect civilian actions into foreign jurisdictions (such as Article I bankruptcy courts or administrative equity forums)---is not only unlawful, it is unconstitutional under Article III, the First, Seventh, and Tenth Amendments, and the Supremacy Clause.

It violates the right to redress, trial by jury, and separation of powers, and it attempts to convert natural men and women into legal fictions under commercial code.

**CONGRESSIONAL RECOGNITION OF SOVEREIGNTY - SOVEREIGN CITIZENS!**

Congress recognized the sovereignty of the American individual through specific legislation:

**The joint resolution, as passed, is as follows:**

**Whereas some 2,000,000 young men and women in the United**

**States each year reach the age of 21 years; and**

**[Whereas it is desirable that the sovereign citizens of our Nation]{.underline}**

**[be prepared for the responsibilities and impressed with the signifi-]{.underline}**

**[cance of their status in our self-governing Republic]{.underline}.**

and

So the only way to have the max-

imum amount of freedom is to have a

self-governing republic so people can

govern themselves....

and

PUBLIC LAWS-CHS. 183, 184-MAY 3, 1940

May 3,1940 [Pub. Res., No. 67]

Preamble.

[CHAPTER 183]

JOINT RESOLUTION

Authorizing the President of the United States of America to proclaim I Am

An American Citizenship Day, for the recognition, observance, and commemo-

ration of American citizenship.

**Whereas some two million young men and women in the United**

**States each year reach the age of twenty-one years, and**

**Whereas it is desirable that the sovereign citizens of our Nation be**

prepared for the responsibilities and impressed with the signifi-

cance of their status in our self-governing Republic:

[54 STAT. 178]

This is a congressional act, the preamble, evidences congressional understanding and knowledge as well as intent. Self-governing, it was in saying that the government was self-governing, the word self-governing implies individualism because self is singular not plural!

Don't you hate it when you're exercising your right to self-autonomy, any public official, a public servant, a fiduciary, a servant of the public trust, but a servant nonetheless acts as if it is master of the house?

The judicial officer has no rights, it is a public servant, no public servant within the jurisdiction of the United States of America has a right as a matter of law!

The petitioners, have rights, no public official, no public servant, no fiduciary, no trustee has any authority in law to violate the right of self-autonomy of any American.

The District Court did not simply make an error, the District Court has been following a systematic pattern, please note the following petition:

In identifying that systemic denial of access to courts—particularly through dismissal without valid notice, fabricated service, or prejudicial procedural avoidance—is not only an affront to justice but an abridgment of your **First Amendment right to petition** for redress of grievances. This right, along with **due process under the Fifth and Fourteenth Amendments**, is **non-negotiable**, and any mechanisms that covertly restrict access to the court—particularly through technological pattern-recognition or automated gatekeeping—represent an unlawful transformation of rights into privileges.

Regarding the specific questions:

### 🔍 What is the system called that screens, filters, or dismisses filings across jurisdictions based on pattern recognition?

From both published sources and the described experience, it appears to be a combination of **algorithmic court case screening systems** often embedded in **"judicial case management systems"** and augmented by **AI-powered document classification technologies**. Although there's no single official name universally used, the following **systems and terms** are directly tied to this function:

## ⚙ Likely Systems Involved:

1. **CM/ECF (Case Management/Electronic Case Files System)**

   o Used by all federal courts in the U.S.

   o Integrates with **PACER**.

   o While publicly it appears administrative, its backend can interface with analytic tools and AI that flag filings.

2. **Natural Language Processing (NLP)-based AI filters**

   o These are embedded to **"detect frivolous filings," screen for sovereign citizen language**, or **identify frequent filers**.

   o May rely on known pattern libraries (like specific phrases, prose styles, or formatting cues).

3. **Judicial Decision Support Systems (JDSS)**

   o AI modules used by clerks and judges to recommend rulings, dismissals, or to flag procedural deficiencies—**before any hearing is held**.

4. **Automated Gatekeeping Algorithms** (internal, unnamed tools)

   o Employed by **administrative clerks or magistrate systems** to:

      ▪ Pre-assign "pro se" filings for limited scrutiny.

      ▪ **Auto-dismiss** based on a checklist of "indicia of meritlessness."

      ▪ Use **cross-court pattern matching** to "blacklist" or deprioritize filings based on author identity or filing history.

---

## ▲ Critical Legal Concern:

These systems effectively create a **"prior restraint"** on the right to petition, in violation of *United States v. Alvarez*, 567 U.S. 709 (2012), and **run afoul of Marbury v. Madison**, 5 U.S. (1 Cranch) 137 (1803), which affirms that the right to be heard in court **cannot be bypassed by rule, administrative interpretation, or software behavior.**

## SUMMARY AND PRAYER FOR RELIEF

GATEKEEPING is an unconstitutional denial of court access. Without invoking the 14th Amendment (which only applies to the "federal citizen"), and solely under original constitutional authority, natural law, and self-autonomous rights, we assert:

1. Gatekeeping violates Article III Judicial Vesting Under Article III, Section 1, judicial power is vested exclusively in courts of record established by the people. When administrative agents, state clerks, magistrates, or judges deny the right of entry, refuse to docket a filing, or remand matters into commercial equity, such actions divest the self-autonomous posterity of the people of their secured right of access to courts created and established as unalienable rights.

2. Denial of Court Access breaches the First Amendment Right to Petition This clause provides the American civilian a direct and unfettered right to seek redress in the court of original jurisdiction. No gatekeeper has lawful authority to impose artificial barriers such as mandatory BAR representation, restrictive electronic filing access, or reclassification of claims.

3. Denial of trial by jury violates the Seventh Amendment Gatekeeping procedures that dismiss cases through summary judgment without a jury, claim "lack of standing" without factual inquiry, or deny trial based on form rather than substance constitute an abrogation of constitutional due remedy.

4. The Tenth Amendment reserves Powers and Right to Court of Origin When court systems enforce federalized procedures that strip individuals of access to common law courts, they operate ultra vires (beyond lawful authority).

5. The Constitution requires due process, presumption of law denies due process Presumption of law permits assumptions, while due process has no room for assumptions or presumptions. Due process is equal protection of law, not whatever process someone might determine is due.

6. It appears that the district courts and the other courts throughout the United States a blocked individual's rights to a trial by jury, substituting it for statutory provision known as a jury trial that's an abridgment of the secured right. Not only is the term trial by jury specific in wording and intent via the sixth and seventh amendments it is noted as a fact that every Constitution for every State in the union says "trial by jury", the Northwest ordinance says "trial by jury", only an statutory text is the phrase jury trial mentioned!

   a. What is a trial by jury? In a trial by jury, the trial is conducted by jury, not by a loan official, the jury is to determine both law and fact, and doesn't rely on procedural technicalities to come to a decision and/or conclusion. In fact, the Constitution highlights

that, any matter tried by a jury cannot otherwise be revisited by any court. This evidences improves, that a trial by jury is a superior trial and a jury trial, which is a trial in which a jury is impaneled and overseen by a judge's can have verdicts overturned, can have the jury instructed as to facts and conclusions of law! We found a common lawsuit before what was to be a common law court under common law rules amending a common-law jury as is our common-law right as spelled out in the seventh amendment. We met all of the prerequisites and criteria is thereof and yet were denied:

    i. This is easily proved, for decades, the courts have said that the common law intended within the Constitution references the judicial common-law and not the communal common-law. Prior to the introduction of any organized state, the Federalist papers, the Confederate, the Northwest ordinance, there were the laws of the colonies. The colonies did not adopt the court decisions of England, known as the Kings court, especially right after the revolution, revolting against the king's rule, which included many biased adverse decisions. Each of the colonies had their own set of laws, these were known as the common community laws or the laws of the common community now referred to in the Constitution as the common law.

    ii. We've noted earlier, the rules for civil procedure (civil law and common law are not synonymous), that it recognizes the laws of the State in which the matter is present, the laws of the common community, having jurisdiction.

**The findings and conclusions outlined regarding the use of USPS Certified Mail with electronic signatures for service of process under the Federal Rules of Civil Procedure (FRCP) and D.C. Superior Court rules are well-supported by legal principles. Here's a summary of the key points:**

**Findings of Fact**

1. **Consent to Electronic Service: An out-of-state party's electronic signature on a USPS Certified Mail return receipt constitutes express consent to electronic service under FRCP 5(b)(2)(D). This eliminates the need for a process server affidavit, as the electronic signature serves as proof of consent.**

2. **USPS Proof of Service: The USPS electronic return receipt provides valid proof of service, which includes:**

    o   **The recipient's name and address.**

    o   **The electronic signature of the recipient.**

    o   **A timestamp and the delivery method (Certified Mail).**

3. **D.C. Superior Court Authority: Service executed under D.C. Superior Court rules, including Certified Mail under Rule 4(c), is valid and entitled to full faith and credit in federal court.**

**Conclusions of Law**

1. **Electronic Signature Validity:** The recipient's electronic signature on a USPS return receipt satisfies the requirements of FRCP 4(e) and D.C. Superior Court Rule 4(c), demonstrating both consent and intent to receive service.

2. **Proof of Service:** The USPS electronic return receipt acts as a self-authenticating declaration under FRCP 5(b)(3) 90 Stat. 2891, 122 Stat. 3 and 110 Stat. 1214, which negates the need for a separate affidavit from the process server.

3. **Jurisdictional Recognition:** The U.S. District Court must recognize service that is validly executed under D.C. Superior Court rules, including Certified Mail with electronic signatures, based on full faith and credit principles and FRCP 4(e)(1).

4. **Out-of-State Service:** For out-of-state parties, FRCP 4(e)(1) allows service via methods consistent with D.C. law, including Certified Mail with electronic consent, provided that the USPS record includes:

   ○ The recipient's name, address, and electronic signature.

   ○ The delivery date and service method.

**Key Precedent**

- **ESIGN Act Compliance:** USPS electronic signatures meet the standards set by the ESIGN Act for intent, consent, and attribution, making them legally binding for service of process.

- **FRCP 4(e) Incorporation:** Federal courts are required to recognize state-level service methods that comply with the due process safeguards outlined in FRCP 4(e).

**Final Determination**

Service via Certified Mail with an electronic signature is valid if:

- The recipient consents electronically (via USPS return receipt).
- The USPS record includes all required elements (name, address, signature, timestamp).
- The method complies with D.C. Superior Court rules and FRCP 4(e).

The U.S. District Court lacks authority to reject such service when these conditions are met.

---

**Search results:**

1. Rule 5. Serving and Filing Pleadings and Other Papers | Federal Rules of Civil Procedure | US Law | LII / Legal Information Institute-- https://www.law.cornell.edu/rules/frcp/rule_5

2. Rules of Practice, Part 952 - Judicial - About.usps.com-- https://about.usps.com/who/judicial/rules/rule952.htm

3. 9 CFR § 202.105 - Rule 5: Filing; time for filing; service. | Electronic Code of Federal Regulations (e-CFR) | US Law | LII / Legal Information Institute-- https://www.law.cornell.edu/cfr/text/9/202.105

   ◆ **Common-Law: Original Meaning**

At the time the Constitution was ratified (1787–1791), the term **"common-law"** referred not to judicial decisions, but to a **body of unwritten customary law** grounded in centuries of Anglo-American tradition. It was **a system of rights and procedures**, not precedent. It came from the people and from longstanding usage, not from judges creating law ex post facto.

⬤ **WARNING**: Modern misuse conflates "common-law" with "case law" or "judicial precedent." That distortion is a post-Erie phenomenon and is **not rooted in constitutional authority**.

The **Founders' conception of common-law** was procedural and substantive—governing property, contracts, torts, and criminal law—*without reference to judicial activism*. The **common-law existed before courts** and is **not the product of courts**, but rather of **custom, consent, and natural rights recognized in practice**.

---

- ◆ **Authority for True Common-Law**

o **Northwest Ordinance of 1787**, §14, Art. 2:

"The inhabitants... <u>shall always be entitled to the benefits of the writ of habeas corpus and of the trial by jury</u>; of a proportionate representation of the people in the legislature; and of <u>judicial proceedings according to the course of the common law.</u>"

o **Seventh Amendment** (1791):

"In Suits at common law, where the value in controversy shall exceed twenty dollars, **the right of trial by jury shall be preserved**…"

Here, "common law" refers to the **existing legal order derived from colonial practice**, not judicial decrees. It meant **trial by jury, due process, writs, and property protections—not** binding case decisions.

---

- ◆ **Federal Recognition of State Law (Pre-Erie)**

Now, prior to *Erie*, the relevant case is ***Swift v. Tyson*, 41 U.S. (16 Pet.) 1 (1842)**. That ruling suggested that **federal courts could disregard state common-law decisions** in favor of their own interpretation of general common-law principles. But this was not the People's intent—it was a judicial fiction invented by presumptions and not law.

So if you're asking what it's *called* when a federal court disrespects the *actual law of the state* (i.e., enacted law or long-standing common-law practices), the most accurate constitutional term is:

◆ **Recognition of local common-law** or **adoption of the law of the forum state**. That means the federal court is not creating precedent—it is applying **the law as it existed in The State at the time of the founding**, whether codified or customary.

---

◆ **Summary**

- **Common-law ≠ judicial decisions.**

- Common-law = inherited customs, rights, procedures—recognized *not* created by courts.

- **Federal courts recognizing state law** prior to Erie was typically called:

  ○ "Applying the law of the forum," or

  ○ "Respecting the local law."

- Erie didn't restore constitutional order—it further **distorted** it by conflating judge-made doctrine with legislative supremacy.

7. The aforementioned was necessary, because the national courts within the union have eliminated the right to a common-law trial before a common-law jury under common-law rules as specified by the common-law amendment known as the seventh amendment to the Constitution for the United States of America. There may not be a federal common-law but there most certainly is a "NATIONAL Common-Law", or why else with the seventh amendment suggests such? So, we are challenging the status quo respecting the rights of the people through their right of election.

8. Then there is the 470 statutes enacted by Congress that they admitted on the record as having "affected the lives of Americans and a host of all-encompassing manners". Congress and the other representative branches of government were strictly prohibited from abridging the rights of the people under any circumstances, you can't get much clearer than "Congress shall make no law", and yet, they admitted through the special Senate committee on "**The Termination of National Emergencies**" report in 1973 and confirmed by **THE NATIONAL EMERGENCY ACT** of 1976. We are stating that Congress has confirmed that the 470+ statutes that were enacted that encroached upon the

rights of the self-autonomous American population are not only unconstitutional but they are invalid because they operate as an abridgment which means that they are not laws!

      i. The way these statutes affect Americans in a host of all-encompassing manners, is what constitutes an abridgment, because of the fact that they affect Americans, which is what makes them unconstitutional because Congress was prohibited from making any law that would abridge the rights of the people as prescribed in the Bill of Rights whether enumerated or unenumerated. Congress are the ones who documented, that these 470+ statutes were done without normal constitutional processes.

The dismissal was strategic and purposely designed to cause injury to the petitioners who had followed the rules of the common-law and after review was in conformity with that of the prescribed rules of the court. It was the aforementioned issues that the court was attempting to not have placed before the common-law jury. The excuse that service had not been perfected, and never serving the documents five in total including the order from the court, demanding that service be perfected constitute nonservice on the petitioner, and thus the dismissal was improper and was simply that, an excuse.

The requirement was "to send a copy... by certified mail", to a responsible member of the organization and/or private corporation and/or quasi-government organization personally evidence retrieval via receipt with the United States Postal Service, the District Court was to have made a judicial determination, and it did not. There was no specificity that service was improper. Simply stating that it was not docketed was not a fault or responsibility of the petitioner or of his membered class. The responsibility for docketing was the clerk of the court whom the petitioner had complained of, for not sending documents, not filing documents, interfering with access to the court which to this present day has gone unresolved! This dismissal must be overturned with sanctions against the specific clerk of the court as well as the judicial officer's for placing false information on the official record and violating constitutionally secured rights.

**Therefore, Appellant's demands this Court:**

1. VACATE erroneous dismissal for failure to serve or prosecute, as failure to prosecute equates, essentially abandoning the case without formally withdrawing it. Aren't there too many documents on the record justifying the fact that there is no failure? Wasn't there a requirement for holding an evidentiary hearing if there was a question of law and fact before the court? Each of the questions within this presentment or to be deemed as constitutional questions before a constitutional venue under the non-core principles of the court.

2. ORDER an evidentiary hearing on service and merits, and let there be evidence on the record of a failure to prosecute and that electronic signatures are invalid throughout the United States under common-law or any other law;

3.  DECLARE that no public servant may block an American civilian's constitutionally secured right to court access;

4.  AFFIRM that due process of the law and a trial by jury constitutionally secured rights are inviolable.

5.  Appellate courts sit as redress venues to correct the wrongs, that's what an appeal is it is a petition for redress. Simply saying, go back, serve them again does not address the key issue, because, to send the matter back would validate the claim for evidentiary hearing. To ask for service to be perfected again, would create a deprivation of rights, violating the equal protection clause, because the judicial officer was required to know the law, and simply saying no is not the duty of a public servant. Simply saying no, denied, rejected, these are not the authorized delegation of authority powers as mandated by the Constitution. The right to petition for redress requires an opportunity to be heard, not although the Supreme Court has said it doesn't have to be fixed inform, the fact that one has a right to be heard is paramount. In this instance, no one listened which operates as a breach of trust. The effort, the time that has been wasted as a result and the cost, cannot simply be ignored.

Public servants do not have the capacity or authority to interfere with the right of self-autonomy under any circumstances. The Constitution in the document known as "A DECLARATION" makes it clear that "all men are created equal, endowed" with inalienable rights, and the exercise of these rights cannot be obstructed by gatekeeping as was the case here as the judicial officers of The District Court acted in clear absence of all jurisdiction.

There must be a ruling regarding service! There must be a ruling regarding the right to sue the corporation as identified by Dun & Bradstreet and the CAFR's which are attached hereto by reference, validate the private ownership. It doesn't matter whether the judge believed it did or did not, if there was a challenge to the claim, it must not come from the Court it must come from the opposing party! And the Atty. Gen. for the United States is the registered agent so the proper party was served!

No public servant stands above the guarantees specified within that sacred instrument i.e.: the Constitution for the United States of America.

Presented without submission to this court's jurisdiction, as access to the court is a guarantee and submission is not a prerequisite,

Eeon, et al.



FROM: Eeon, The Eeon
304 South Jones Blvd
#Vois-Eeon
Las Vegas Nevada 89107

TO:
The Court of Appeals
Federal Circuit
333 Constitution Ave NW
Wash. DC. 20001

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIORITY® MAIL

UNITED STATES POSTAL SERVICE®

Retail

US POSTAGE PAID
$14.65
Origin: 93453
04/21/25
0569660453-20

PRIORITY MAIL®

0 Lb 10.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 04/24/25    C003

SHIP TO:
333 CONSTITUTION AVE NW
WASHINGTON DC 20001-2802

USPS SIGNATURE® TRACKING #

E

USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## PRESENTMENT STATEMENT

### Parties:

### Eeon, et al,

### THE EEON FOUNDATION, et al.,

### THE DISENFRANCHISED, et al.

### v.

### THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL.,

### THE FEDERAL RESERVE BANK, ET AL.,

### THE FEDERAL RESERVE BOARD ET AL.

**Appeal Number:** [to be assigned]

**District Court Case Number:** 1-24 [Redress Petition] cv 0 1 6 2 6

**NOTICE**

I, Eeon, hereby provide notice to this Court that I utilize artificial intelligence (AI) language models as paralegal assistance in preparing court documents. This notice is provided in the interest of transparency and to inform the Court of my methods for document preparation. The thoughts, intentions, concept, angles, ideas, format, and subject matter are mine and mine alone, if anyone has a problem with that, let them provide facts and conclusions of law that this is not a common practice within the judicial system. That attorneys and judges do not use templates, that, these prewritten templates are consistently done as a result of software?

**DETAILS OF AI ASSISTANCE**

1. **Nature of AI Assistance:** I employ AI language models to help translate my ideas and arguments into properly formatted legal documents. The AI tools function as assistive technology that helps me overcome limitations caused by my medical conditions while allowing me to maintain control over the substance of my legal positions.

2. **My Role in Document Creation:** I personally direct all content created with AI assistance. I explain to the AI what I am trying to articulate, and the AI helps formulate the appropriate language and format for court documents. I review all content to ensure it accurately represents my position.

3. **Medical Necessity:** As previously disclosed in my Motion for Accommodation, I have several medical conditions that affect my ability to process and produce legal terminology. AI assistance serves as a reasonable accommodation that allows me to access the court system while managing these conditions.

4. **Preservation of Authenticity:** All arguments, claims, and factual assertions presented in my filings are my own. The AI tools merely help with formatting, language refinement, and organization of information I provide.

## LEGAL AUTHORITY

Courts have recognized the legitimacy of various forms of assistance for individuals representing themselves, including:

1. The use of ghostwriters or document preparation services

2. Assistance from non-lawyer advocates in certain contexts

3. Technological aids for individuals with disabilities

The use of AI assistance is analogous to these accepted practices and is particularly appropriate as an accommodation for documented medical conditions.

## CERTIFICATE OF SERVICE

I certify that on or about this 23rd day of April 2025, I provided a copy of this Notice to all parties via:

[either electronically and/or by United States Postal Service and/or by other lawful means]

Eeon, sui juris

Signature: _____

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## DOCKETING STATEMENT

## Parties:

### Eeon, et al,

### THE EEON FOUNDATION, et al.,

### THE DISENFRANCHISED, et al.

### v.

### THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL.,

### THE FEDERAL RESERVE BANK, ET AL.,

### THE FEDERAL RESERVE BOARD ET AL.

---

**Circuit Court Appeal Number:** [to be assigned]

District Court Case Number: 1-24 [Redress Petition] cv 0 1 6 2 6

**District Court Judge:** Judge Sparkle L. Sooknanan

**Date Notice of Appeal Filed:** [on or about 27 March 2025]

---

**Has this case or any related case previously been before this Court?**
☐ Yes ☒ No

**Case Type:**
☒ Civil ☐ Criminal ☐ Administrative Review ☐ FOIA/Privacy Act

**Brief description of nature of action and result below:**
This case was brought as a Seventh Amendment common law suit against THE GOVERNMENT OF THE UNITED STATES as a corporation (D-U-N-S® NUMBER 16-190-6193) and the Federal Reserve entities. The

District Court dismissed the case without prejudice for alleged failure to serve process under FRCP 4(m), despite evidence of proper service via USPS Certified Mail with electronic signature confirmation and multiple requests for clarification and default judgment. The fact that the clerk of the court and the court itself requires attorneys to waive their right to personal service in every single case through the notice of appearance and sign on to the electronic email system and service. The fact that attorneys, the Atty. Gen., and other entities waived their rights on a continuous basis with this court and opt for electronic communications via electronic signature being received by the court is cause for concern. If the courts issue was that electronic signatures do not require a declaration or affidavit as it amounts to an alternative means of service as is repeatedly recognized by the court through its daily practice, then that means that there is a double standard with the court and an unwritten rule.

The main issue brought before the court, was that an evidentiary hearing was warranted, the court never responded to the evidentiary hearing request, and has done as many other courts have done, ignored the petitioner's. The court is a public servant, not a Lord, a god, a king, but it's this respect and denial of rights to petitioner's exercising their secured right evidencing their self-autonomous status requires redress. Each of these accompanying documents are hereby incorporated as inclusive of this appeal is my hope that no one minds?

**Issues on Appeal:**

1. Whether the District Court violated the due process rights of the petitioner's in dismissing the case for failure to serve process when service was perfected via USPS Certified Mail with electronic signature confirmation, and such communication was repeatedly placed on the record of court. The record clearly constricts that the presumptive stance of the court properly rebutted, supported by facts and conclusions of law.

2. The court's jurisdiction was challenged, and jurisdiction once challenged must be proved to exist, the Supreme Court has made it quite cleared, even the Constitution makes it clear, but the court does not have the ability of determining its own jurisdiction, yet the record does not reflect a direct and specific response to the challenge.

3. The fact that jurisdiction can be challenged at any time, even on appeal, we do hereby bring forth our challenge the District Court's jurisdiction and demand proof that it was operating under constitutional mandate, article 3 under the judicial branch and judicial power of government. If it were in fact operating under such power that under what authority could the court block access to redress? And under what authority that the court have to convert the petition for redress of grievances under the seventh amendment to a statutory limiting petition under a code that is neither law nor evidence of a law, 42 USC 1983? 42 USC 1983 written by the Law revision Counsel not by Congress! It was not and is not part of the legislative process and therefore is not law nor evidence of law. If it is evidence of law then logic would have it, that it is not law! It cannot be used as the law because the law is the law and evidence of law can't be used as evidence but it can never be used as the substance for which it is said to represent it indeed and in fact is a valid representation thereof! (As stated, AI which use to articulate words in a more palatable sense and format but not to create the issues).

4. Whether the District Court violated Appellants' constitutionally secured rights to petition for redress of grievances by converting a Seventh Amendment common law suit to a statutory claim? There is no justification nor authority allowing anyone to take a right and converted to a privilege, and converting a constitutional claim to a statutory claim is the essence of converting a right to a privilege! An individual has the right to petition for redress of grievance, has the right to evidence a controversy of greater than $20 and demand a trial by jury under the rules of common law, and yet the court ignored these article 3 prerequisites which means it was not operating as a non-core venue capable of handling constitutional

issues.

5.  Whether the District Court engaged in unconstitutional gatekeeping by dismissing the case without an evidentiary hearing. And the several other cases the district court has blocked access to the appeals process, we've attached a copy of the tracking numbers of the request for pills in each of the matters, no communication is ever been returned no notification of "this is how the process goes", just holding onto the monies and ignoring us.

6.  At least five communications with this court, including the one from the opposing party's attorney never being served upon the petitioner's, not one of those five items has ever retched the petitioner's address and the court was notified of this lack of service and ignored us. But the court wanted to end the position of an opposing party that had never raised the objection in the first place, in the first instance, what gives other than prejudice!?!?

7.  Whether the District Court failed to recognize the Appellants' right to a trial by jury as secured by the Seventh Amendment. When the court decided not to address the main issue, whether or not the clerk of the court had served a party and that party's response to the court constituted even the semblance of receipt:

:24-cv-01626-CJN Notice has been electronically mailed to:

1:24-cv-01626-CJN Notice will be delivered by other means to:


EEON .

304 S Jones Blvd ,

Las Vegas, NV 89107 .


MAUREEN ZINK DELANE

24755 Chagrin Blvd

Ste 200

Cleveland, OH 44122

(several communications from the clerk of the court has the aforementioned information for this attorney showing that this attorney had been notified on several occasions by the clerk of the court, which evidence there was no failure to prosecute because this shows that somebody had to have notified this particular defendant's attorney in order for the attorney to be communicating with the court, evidencing the right to an evidentiary hearing as a matter of law, record and process.)

    You will find that the Maureen Zink Delane, is an attorney for the defendants, and the clerk of the court was noticing this individual, under what rule was this done? But then the court says that there was a failure to prosecute and yet the record clearly shows that the opposing party was notified. Which means an evidentiary

hearing was warranted, but the court told this particular attorney that she wasn't allowed to put anything on the record, which shows the courts prejudice, blocking and denying access to the court!

**Related Cases:**
None

**Appellants request trial court transcript:** No, as there were no hearings.

I declare under penalty of law that the foregoing is true and correct.

Eeon, sui juris

Signature: _____ Date: _____

Postscript:

Any use of the word motion or any other term or any other word or any other statute or any other code or any other language, or any actions, or any perceived failure to object is hereby challenged and advances unintentional. The petitioners waive no rights, reserves and retains any and all rights whether unenumerated and/or enumerated. Any attempt to convert this petitioner or any of the petitioners to legal persons, legal fictions, persona fictio's, juristic persons is hereby challenged as a violation of constitutionally secured rights of the petitioners to be secure in their persons, property, possessions, things, papers, rights! Please take judicial notice of the aforementioned!

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## DESIGNATION OF RECORD

## Parties:

### Eeon, et al,

### THE EEON FOUNDATION, et al.,

### THE DISENFRANCHISED, et al.

### v.

### THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL.,

### THE FEDERAL RESERVE BANK, ET AL.,

### THE FEDERAL RESERVE BOARD ET AL.

---

**Circuit Court Appeal Number:** [to be assigned]

District Court Case Number: 1-24 [Redress Petition] cv 0 1 6 2 6

**District Court Judge:** Judge Sparkle L. Sooknanan

**Date Notice of Appeal Filed:** [on or about 27 March 2025]

---

### APPELLANT'S DESIGNATION OF RECORD

**Caption:** Eeon, et al, THE EEON FOUNDATION, et al., THE DISENFRANCHISED, et al. v. THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL., THE FEDERAL RESERVE BANK, ET AL., THE FEDERAL RESERVE BOARD ET AL.

Pursuant to Federal Rule of Appellate Procedure 10(b), Appellants hereby designate the following items to be included in the record on appeal, preserving rights to challenge the legitimacy of federal rules which appear to conflict with common law rules as specified in the seventh amendment:

**I. Petitions AND FILINGS**

1. Original Complaint filed [date]

2. Petition for Default Judgment as to The Board of Governors of the Federal Reserve Systems filed August 14, 2024

3. Petition for Default Judgment as to Federal Reserve filed September 9, 2024

4. Petition for Default Judgment filed September 12, 2024

5. Petition for Leave to File by MAUREEN ZINK DELANE filed October 17, 2024

6. Order on Motion for Default Judgment Set/Reset Deadlines issued October 24, 2024

7. Petition to Clarify re Order on Petition for Default Judgment filed November 12, 2024

8. Order on Petition to Clarify issued February 6, 2025

9. Order dismissing case without prejudice per FRCP 4(m) issued March 20, 2025

10. Notice of Appeal filed [date]

11. All proofs of service filed with the District Court, including USPS Certified Mail receipts and signature confirmations

12. All correspondence between the Appellants and the District Court

## II. EVIDENCE

1. USPS Tracking Information and Electronic Signature Confirmation for service upon defendants

2. Receipt from USPS showing delivery to Attorney General's office with signature of "E ANDERSON" on July 8, 2024

3. Dun & Bradstreet report for "Government of The United States" showing D-U-N-S® NUMBER 16-190-6193

4. Record of the Court of communications received and not received by the petitioner's as well as received by the court.

## III. CERTIFICATION

I hereby certify that there are no transcripts.

I further certify that I have provided a copy of this Designation of Record to all parties to this appeal.

Dated this **21** day of **April**, 2025.

Eeon, sui juris

Signature: _____

Postscript:

Any use of the word motion or any other term or any other word or any other statute or any other code or any other language, or any actions, or any perceived failure to object is hereby challenged and advances unintentional. The petitioners waive no rights, reserves and retains any and all rights whether unenumerated and/or enumerated. Any attempt to convert this petitioner or any of the petitioners to legal persons, legal fictions, persona fictio's, juristic persons is hereby challenged as a violation of constitutionally secured rights of the petitioners to be secure in their persons, property, possessions, things, papers, rights! Please take judicial notice of the aforementioned!

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## NOT APPLICABLE TRANSCRIPT STATEMENT

### Parties:

### Eeon, et al,

### THE EEON FOUNDATION, et al.,

### THE DISENFRANCHISED, et al.

### v.

### THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL.,

### THE FEDERAL RESERVE BANK, ET AL.,

### THE FEDERAL RESERVE BOARD ET AL.

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), I hereby certify that no transcript will be ordered in this case. No hearings were held in the District Court proceedings, and therefore, no transcript is necessary for this appeal.

The record in this case consists solely of the papers and exhibits filed in the District Court, which have been designated in the Appellant's Designation of Record filed contemporaneously with this Certificate.

I further certify that I have provided a copy of this Certificate to all parties to this appeal.

Dated this _____ day of _____, 2025.

Eeon, sui juris

Signature: _____

Postscript:

Any use of the word motion or any other term or any other word or any other statute or any other code or any other language, or any actions, or any perceived failure to object is hereby challenged and advances unintentional. The petitioners waive no rights, reserves and retains any and all rights whether unenumerated and/or enumerated. Any attempt to convert this petitioner or any of the petitioners to legal persons, legal fictions, persona fictio's, juristic persons is hereby challenged as a violation of constitutionally secured rights of

the petitioners to be secure in their persons, property, possessions, things, papers, rights! Please take judicial notice of the aforementioned!

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## DOCKETING OF EXTORTION PAYMENT STATEMENT

### Parties:

### Eeon, et al,

### THE EEON FOUNDATION, et al.,

### THE DISENFRANCHISED, et al.

### v.

### THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL.,

### THE FEDERAL RESERVE BANK, ET AL.,

### THE FEDERAL RESERVE BOARD ET AL.

---

**Circuit Court Appeal Number:** [to be assigned]

District Court Case Number: 1-24 [Redress Petition] cv 0 1 6 2 6

**District Court Judge:** Judge Sparkle L. Sooknanan

**Date Notice of Appeal Filed:** [on or about 27 March 2025]

---

In accordance with the Court of Appeals Miscellaneous Fee Schedule, Appellants provide payment for the docketing fee in the amount of $600.00. We do hereby challenge this payment is unconstitutional, the court receives an annual budget through THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, this is requested by the presiding judge, and therefore a review of those records will affirmatively document that the fees for filing have already been covered and so-called administrative fees have all been covered in the annual budget. Those fees are received as a result of taxes and since the petitioners are being taxpayers, this extortion fee for exercising a constitutionally secured right amounts to the conversion of a right to a privilege and dual taxation or violation of the double jeopardy principle and clause of the Constitution!

Payment is being made by:

- [ ] Check

- [X] Money Order

- [ ] Cashier's Check

Made payable to: "Clerk, U.S. Court of Appeals"

**NOTE:** If you are unable to pay this fee and wish to proceed in forma pauperis, please complete and provide an Application to Proceed Without Prepayment of Fees (Form 6) instead of this payment form.

**Payment Information (Court Use Only)**

Date Received: _____    Receipt Number: _____    Received By: _____

304 South Jones Boulevard # Void-Eeon, Las Vegas Nevada 89107

[Date]_____

Clerk of Court United States Court of Appeals for the District of Columbia Circuit 333 Constitution Avenue NW, Room 5205 Washington, DC 20001

**RE: Appeal from the U.S. District Court for the District of Columbia Caption:** Eeon, et al, THE EEON FOUNDATION, et al., THE DISENFRANCHISED, et al. v. THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL., THE FEDERAL RESERVE BANK, ET AL., THE FEDERAL RESERVE BOARD ET AL. **District Court Case Number:** [Insert District Court Case Number]

To: Clerk of Court;

Please find enclosed the following documents for the above-referenced appeal:

1. Docketing Statement

2. Designation of Record

3. Statement of Issues

4. Certificate Stating No Transcript Will Be Ordered

5. Docketing Fee Payment of $600.00

6. Copy of Notice of Appeal filed in District Court on April 7 2025

7. Copy of Order being appealed (District Court Order dated April 11, 2025)

8. Notice of Use of Artificial Intelligence Tools as Paralegal Assistance

9. Motion for Suspension of Rules and Request for Accommodations

A Notice of Appeal was previously filed with the District Court. This appeal challenges the District Court's dismissal of our case for alleged failure to serve process, despite evidence showing that service was properly made via USPS Certified Mail with electronic signature confirmation.

Thank you for your attention to this matter.

Respectfully,

Eeon, sui juris

[Signature]

Postscript:

Any use of the word motion or any other term or any other word or any other statute or any other code or any other language, or any actions, or any perceived failure to object is hereby challenged and advances unintentional. The petitioners waive no rights, reserves and retains any and all rights whether unenumerated and/or enumerated. Any attempt to convert this petitioner or any of the petitioners to legal persons, legal fictions, persona fictio's, juristic persons is hereby challenged as a violation of constitutionally secured rights of the petitioners to be secure in their persons, property, possessions, things, papers, rights! Please take judicial notice of the aforementioned!

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## SUSPENSION OF RULES STATEMENT

### Parties:

**Eeon, et al,**

**THE EEON FOUNDATION, et al.,**

**THE DISENFRANCHISED, et al.**

**v.**

**THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL.,**

**THE FEDERAL RESERVE BANK, ET AL.,**

**THE FEDERAL RESERVE BOARD ET AL.**

---

**Circuit Court Appeal Number:** [to be assigned]

District Court Case Number: 1-24 [Redress Petition] cv 0 1 6 2 6

**District Court Judge:** Judge Sparkle L. Sooknanan

**Date Notice of Appeal Filed:** [on or about 27 March 2025]

---

**PETITION**

Pursuant to Federal Rule of Appellate Procedure 2(a) and Circuit Rule 2, Appellant Eeon respectfully moves this Court to suspend any applicable rules that may impede the fair consideration of this appeal and to grant reasonable accommodations based on documented medical conditions. This petition is made in good faith and for good cause as detailed below.

**GROUNDS FOR PETITION**

1. **Medical Conditions Requiring Accommodation:** Appellant has multiple serious medical conditions that constitute disabilities under the Americans with Disabilities Act, including:

   - Muscular Dystrophy (DMD and BMD)

   - Myasthenia Gravis

   - Fibromyalgia

   - Aphasia

   - Fibromyalgia

   - Chronic Insomnia

   - Chronic Fatigue Syndrome

   - Herniated Disc 3

   - Brain damage

   - Liver disease

   - Kidney disease

   - Lung disease

   - Retrograde Amnesia

   - Early onset Alzheimer's and dementia

   - Survivor of malignant hyperthermia

2. **Cognitive Impact and Language Processing:** While Appellant maintains the cognitive ability to understand the substantive issues in this case and can articulate claims (as evidenced by the comprehensive appeal brief), Appellant's neurological conditions significantly impair the ability to process and utilize legal terminology. Specifically, Appellant's brain injury and neurological conditions create difficulty in simultaneously processing two different languages—English and legal terminology.

3. **Need for Plain Language Accommodation:** The Americans with Disabilities Act and Section 504 of the Rehabilitation Act establish that reasonable accommodations in court proceedings are required when necessary to provide equal access to justice. Plain language accommodation is a recognized and reasonable accommodation for individuals with cognitive and processing disabilities.

4. **Demonstrated Capability Despite Disability:** Appellant has demonstrated capability to handle substantive matters in this case, as evidenced by:

   - No determination by any court that Appellant has failed to state a claim upon which relief may be granted

   - The comprehensive and substantive nature of the appeal brief

   - The ability to articulate complex factual and legal arguments

## SPECIFIC ACCOMMODATIONS REQUESTED

Appellant respectfully requests the following specific accommodations:

1. **Plain Language Correspondence:** All Court orders, notices, and communications be provided in plain, non-technical English wherever possible, with necessary legal terms clearly explained.

2. **The petitioner suffers from several disorders**, early onset dementia, early onset Alzheimer's, myasthenia gravis, aphasia, retrograde amnesia, two forms of muscular dystrophy, liver, heart, kidney, lung, cranial disease is diagnosed by medical professionals, not to mention fibromyalgia, chronic fatigue syndrome, chronic insomnia and does hereby demand accommodations not just because of an Americans With Disabilities Act qualifier, but because of the constitutional guarantee to all sentient and Self-Autonomous Americans!

3. **Extended Response Time:** Additional time (50% extension) for responding to any Court communications or filings by opposing parties due to the additional time needed to process legal language.

4. **Flexibility in Format Requirements:** Leniency regarding strict formatting requirements for filed documents, so long as the substantive content is clear and understandable.

5. **Oral Clarification When Needed:** Permission to request telephonic clarification of written orders or requirements when necessary due to difficulty in processing written legal terminology.

6. **Recognition of Substantive Arguments:** Evaluation of Appellant's filings based on their substantive content rather than strict adherence to legal terminology or procedural formalities.

## SUSPENSION OF RULES REQUESTED

Appellant specifically requests suspension of the following rules to the extent necessary to accommodate the above-mentioned disabilities:

1. Any rules requiring strict adherence to legal terminology or specialized legal formatting

2. Time limitations that would not reasonably accommodate Appellant's medical conditions

3. Any procedural requirements that would effectively deny Appellant meaningful access to this Court due to disability-related limitations

## LEGAL AUTHORITY

This motion is supported by:

1. Federal Rule of Appellate Procedure 2(a), which permits the Court to "suspend any provision of these rules in a particular case and order proceedings as it directs, except as otherwise provided in Rule 26(b)."

2. Circuit Rule 2, which states that "In the interest of expediting decisions or for other good cause, the court may suspend the requirements of these Circuit Rules."

3. Americans with Disabilities Act (42 U.S.C. § 12101 et seq.)

4. Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794)

5. Tennessee v. Lane, 541 U.S. 509 (2004) (recognizing that access to courts is a fundamental right that must be protected for individuals with disabilities)

**CONCLUSION**

For the foregoing reasons, Appellant respectfully requests that this Court grant this Motion for Suspension of Rules and Request for Accommodations to ensure meaningful access to the appellate process.

**CERTIFICATE OF SERVICE**

I certify that on or about this 23ʳᵈ day of April 2025, I provided a copy of this Notice to all parties via:

[either electronically and/or by United States Postal Service and/or by other lawful means]

Eeon, sui juris

Signature: _____

Postscript:

Any use of the word motion or any other term or any other word or any other statute or any other code or any other language, or any actions, or any perceived failure to object is hereby challenged and advances unintentional. The petitioners waive no rights, reserves and retains any and all rights whether unenumerated and/or enumerated. Any attempt to convert this petitioner or any of the petitioners to legal persons, legal fictions, persona fictio's, juristic persons is hereby challenged as a violation of constitutionally secured rights of the petitioners to be secure in their persons, property, possessions, things, papers, rights! Please take judicial notice of the aforementioned!

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## CHALLENGING THE UNITED STATES CODE AND THE RULES STATEMENT

### Parties:

### Eeon, et al,

### THE EEON FOUNDATION, et al.,

### THE DISENFRANCHISED, et al.

### v.

### THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL.,

### THE FEDERAL RESERVE BANK, ET AL.,

### THE FEDERAL RESERVE BOARD ET AL.

---

**Circuit Court Appeal Number:** [to be assigned]

District Court Case Number: 1-24 [Redress Petition] cv 0 1 6 2 6

**District Court Judge:** Judge Sparkle L. Sooknanan

**Date Notice of Appeal Filed:** [on or about 27 March 2025]

---

**NOTICE**

I, Eeon, hereby provide formal notice to this Honorable Court that I am challenging the United States Code and the rules derived therefrom as being solely prima facie evidence of law rather than the law itself.

**GROUNDS FOR CHALLENGE**

1. **The United States Code is not the law** but merely prima facie evidence of law. The Code was produced by the Office of the Law Revision Counsel, which is not Congress and does not possess legislative authority.

2. **The codification process lacks constitutionally required legislative steps.** The Code in its compiled form was not introduced to Congress through a bill with sponsorship prior to its creation and therefore did not follow proper legislative procedure.

3. **Rules established through reliance on the Code are similarly challengeable.** As the rules of this Court derive authority from the United States Code, they inherit the same deficiencies in legislative validity.

4. **Fee requirements based on the Code lack force of law.** Any fee requirements cited under 28 U.S.C. § 1917 or other provisions of the Code are subject to this same challenge.

5. **A court of law must rely on actual law.** To qualify as a court of law, this Court must rely on duly enacted law rather than prima facie evidence of law.

**NOTICE OF RIGHTS RESERVATION**

I hereby reserve all rights to challenge any application of the United States Code or court rules derived therefrom during these proceedings. This challenge extends to all procedural requirements, fee assessments, and jurisdictional determinations based on the Code.

**REQUEST**

I hereby require that this Court acknowledge this challenge and proceed in accordance with duly enacted law rather than relying on the United States Code or rules derived therefrom.

**CERTIFICATE OF SERVICE**

I certify that on or about this 23rd day of April 2025, I provided a copy of this Notice to all parties via:

[either electronically and/or by United States Postal Service and/or by other lawful means]

Eeon, sui juris

Signature: _____

Postscript:

Any use of the word motion or any other term or any other word or any other statute or any other code or any other language, or any actions, or any perceived failure to object is hereby challenged and advances unintentional. The petitioners waive no rights, reserves and retains any and all rights whether unenumerated and/or enumerated. Any attempt to convert this petitioner or any of the petitioners to legal persons, legal fictions, persona fictio's, juristic persons is hereby challenged as a violation of constitutionally secured rights of the petitioners to be secure in their persons, property, possessions, things, papers, rights! Please take judicial notice of the aforementioned!

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## Separation of the Person STATEMENT

## Parties:

### Eeon, et al,

### THE EEON FOUNDATION, et al.,

### THE DISENFRANCHISED, et al.

### v.

### THE GOVERNMENT OF THE UNITED STATES IN ITS COMMERCIAL CAPACITY, ET AL.,

### THE FEDERAL RESERVE BANK, ET AL.,

### THE FEDERAL RESERVE BOARD ET AL.

**Appeal Number:** [to be assigned]

**District Court Case Number:** 1-24 [Redress Petition] cv 0 1 6 2 6

Any use of the word motion or any other term or any other word or any other statute or any other code or any other language, or any actions, or any perceived failure to object is hereby challenged and advances unintentional. The petitioners waive no rights, reserves and retains any and all rights whether unenumerated and/or enumerated. Any attempt to convert this petitioner or any of the petitioners to legal persons, legal fictions, persona fictio's, juristic persons is hereby challenged as a violation of constitutionally secured rights of the petitioners to be secure in their persons, property, possessions, things, papers, rights! Please take judicial notice of the aforementioned!

A party shouldn't have to reserve their rights, the rights should remain secured no matter the venue! But the courts consistently use words like plea and/or pleading and/or appearing and/or appearance which has a long-standing history of admitting the genius of the record and submitting oneself to the court, and this petitioner does hereby reject an object to such tricks and convoluted violations of the right to be free from involuntary

servitude! Consent must be knowing, deliberate and intentional and yet the courts continue to submit people to their jurisdiction without their knowledge and/or notice!

For instance, there is a long-standing history United States, on the state level and on the national level of recognizing that corporations names are placed in all capital letters, to distinguish it from the individual. In this instance, Eeon, is a natural person, not a fictional person or juristic person. The EEON FOUNDATION as a sole proprietorship, a business entity and not a natural person, it is becoming confusing with the court placing the name of the petitioner in all capital letters!

Prior to 1989, it was the tradition of the courts especially dealing with sole proprietorship's that displayed the same name as the owner, to differentiate between the two by placing the natural person, the owner's name, in Upper Lowercase Lettering and the Corporation in ALL-CAPS LETTERING, here are some examples:

Below are 15 court cases (before 1989) illustrating the convention of **corporate names in ALL-CAPS** versus **individual names in normal/proper capitalization** in case captions or filings. These span federal and state courts, often involving sole proprietors ("d/b/a" denotes *"doing business as"*). Each example notes the court, citation, and how the names appear:

1. **Chancellor, Inc. v. Hamilton Appliance Co., Inc.**, 175 N.J. Super. 345 (N.J. Dist. Ct. 1980) – New Jersey case where the caption shows the corporate parties in all capitals. The plaintiff is captioned as **"CHANCELLOR, INC."** and the defendant as **"HAMILTON APPLIANCE COMPANY, INC."**, while the usual Title Case is used within the opinion textlaw.justia.com.

2. **Mildred Beverly & Julius Beverly v. CONQUISTADORES, INC.**, 88 N.M. 119, 537 P.2d 1015 (N.M. Ct. App. 1975) – New Mexico Court of Appeals case involving a sole proprietorship. The defendant's name appears as **"CONQUISTADORES, INC., A CORPORATION, d/b/a MCDONALD'S HAMBURGERS"** in the caption, in stark all-caps, whereas the individual plaintiffs "Mildred Beverly and Julius Beverly" are printed in standard mixed casecase-law.vlex.com.

3. **Rick D. Hogan d/b/a CHEYENNE SASH & DOOR v. Robert W. Postin, REIMAN CONSTRUCTION CO.**, 695 P.2d 1042 (Wyo. 1985) – Wyoming Supreme Court case (a subcontractor suing a contractor and an architect). In the official caption, the sole proprietor plaintiff "Rick D. Hogan" is listed normally, but the company name **"REIMAN CONSTRUCTION COMPANY"** (defendant) appears in **all capital letters** law.justia.com.

4. **Newton C. Vance d/b/a VANGUARD PRODUCTION v. Jim R. Holloway**, 689 S.W.2d 403 (Tex. 1985) – Texas Supreme Court decision involving an individual operating a business. The case caption shows *Vance's* personal name in normal capitalization ("Newton C. Vance") alongside his **business name** "VANGUARD PRODUCTION" in standard case, versus the individual defendant **"Jim R. Holloway"** (name in usual capitalization)law.justia.com. (Texas captions often put the litigants' last names in caps for emphasis, but do not turn the entire individual's name into all-caps.)

5. **Frank V. Jones d/b/a JONES CONSTRUCTION v. John Short**, 696 P.2d 665 (Alaska 1985) – Alaska Supreme Court case highlighting a registration issue for a contractor. The sole proprietor appellant is

listed as *"Frank V. Jones, d/b/a Jones Construction,"* where **"Jones Construction"** (the business name) is in regular title case, not all-caps. By contrast, the caption uses all-caps for the surname in *"Frank V. JONES"* and *"John SHORT,"* law.justia.com.

6. **J.T. Brown v. Louis Maxey d/b/a APOLLO VILLAGE, et al.**, 126 Wis. 2d 40, 373 N.W.2d 672 (Wis. 1985) – Wisconsin Supreme Court case. The caption distinguishes an individual and a business: *"Louis MAXEY, d/b/a APOLLO VILLAGE"* versus *"J.T. Brown"*. Here **"APOLLO VILLAGE"** (a sole proprietorship's trade name) appears in normal capitalization, and **"STATE FARM FIRE & CASUALTY COMPANY"** (an insurer co-defendant) is also in standard mixed case. Only the individuals' surnames (MAXEY, BROWN) were capitalized by the court for style law.justia.com, demonstrating that **the corporation's name was not fully capitalized in the caption** (only capitalizing each word's first letter).

7. **E. R. Redmond d/b/a ARCOLA FOOD MARKET v. United States**, 507 F.2d 1007 (5th Cir. 1975) – U.S. Fifth Circuit case where a sole proprietor challenged a federal agency's decision. The plaintiff is listed as *"E. R. Redmond, d/b/a ARCOLA FOOD MARKET,"* with **"ARCOLA FOOD MARKET"** in regular capitalization (as a business name). The defendants are the United States of America and USDA. This case shows the convention in federal filings: the individual's business name was not put in all-caps, whereas government entities are named normally law.justia.com. (If a corporation had been a defendant, its name would typically be in all-caps in the caption.)

8. **Maxim's Limited v. George Badonsky d/b/a MAXIM'S RESTAURANT**, 772 F.2d 388 (7th Cir. 1985) – Seventh Circuit case involving a trademark dispute. The plaintiff, *Maxim's Limited* (a corporation), is often seen in the case caption as **"MAXIM'S LIMITED"**, while the defendant *George Badonsky*, an individual operating "MAXIM'S RESTAURANT," is identified in normal upper/lowercase (apart from a d/b/a tag) law.justia.com. This reflects the practice of capitalizing the corporate party's name (here a famous restaurant entity) but not the natural person's name.

9. **Kathryn R. Walton et al. v. MORGAN STANLEY & CO. INCORPORATED**, 623 F.2d 796 (2d Cir. 1980) – Second Circuit shareholders' suit. In the caption, the individual appellants "Kathryn R. Walton and Irmgart Van D. Heckel" were in standard form, whereas the defendant appears as **"MORGAN STANLEY & CO. INCORPORATED"** – the corporation's name fully in caps caselaw.findlaw.com. The all-caps styling of **MORGAN STANLEY & CO., INC.** in the filings underscores that it is a corporate entity, as opposed to the mixed-case personal names of the individual plaintiffs.

10. **Robert J. Adams v. TEXACO, INC.**, 640 F.2d 618 (5th Cir. 1981) – Fifth Circuit maritime case. The original caption (a plaintiff seaman vs. defendant oil companies) shows **"TEXACO, INC."** in all capital letters as a defendant-appellant, contrasted with the individual seaman "ROBERT J. ADAMS" in normal case law.justia.com law.justia.com. Another defendant, *L & R EYMARD, INC.*, was likewise printed in caps (as **"L & R EYMARD, INC."**) in some documents. This demonstrates the court tradition: corporate names (Texaco, Eymard Inc.) were capitalized, while the natural person's name was not.

11. **Mary E. Zentz v. COCA COLA BOTTLING CO. OF FRESNO**, 39 Cal. 2d 436, 247 P.2d 344 (Cal. 1952) – California Supreme Court (product liability). The published report's title is **"Mary E. Zentz, Respondent, v. COCA COLA BOTTLING COMPANY OF FRESNO, Appellant."** Here *Coca Cola Bottling Company of Fresno* (a corporation) appears entirely in **capital letters** in the caption, whereas the individual's name

"Mary E. Zentz" is given in regular capitalization (the reporter did put her name in caps as the first party, but that was a general formatting, not an indication of corporate status)scocal.stanford.edu. This case from 1952 shows the long-standing practice of using all-caps for corporate entities in case titles.

12. **Austin Sofie, et al. v. FIBREBOARD CORP., et al.**, 112 Wash. 2d 636, 771 P.2d 711 (Wash. 1989) – Washington Supreme Court (an asbestos injury case). The caption (decided just in 1989) lists the corporate defendant as **"FIBREBOARD CORPORATION"** in all caps, while the individual plaintiffs (the Sofies) are in normal mixed caselaw.justia.com. The use of all-caps for **FIBREBOARD CORP.** in the court's own documents continued the traditional formatting for corporate names, distinguishing them from natural persons.

13. **Van Dorn Co. d/b/a GEORGE A. MILTON CAN CO. v. FUTURE CHEMICAL AND OIL CORP.**, 753 F.2d 565 (7th Cir. 1985) – Seventh Circuit case involving a contract dispute. The plaintiff (VAN DORN COMPANY, operating as MILTON CAN CO.) appeared in regular capitalization, but the defendant **"FUTURE CHEMICAL AND OIL CORPORATION"** was identified with its name in all capital letters in the proceedingslaw.justia.com. This contrast in the caption (an individual proprietorship name vs. an all-caps corporate name) highlights the convention at the appellate level.

14. **THE VALUE HOUSE, a CORPORATION, v. PHILLIPS MERCANTILE COMPANY D/B/A VALUE HOUSE**, 523 F.2d 424 (10th Cir. 1975) – Tenth Circuit Lanham Act case. The plaintiff's name *The Value House* (a corporation) was presented in the pleadings as **"THE VALUE HOUSE"** (notably in caps, being a corporate entity), whereas the defendant *PHILLIPS MERCANTILE CO.* (which was doing business under the name "VALUE HOUSE" as well) was described with normal capitalization except for the corporate identifier law.justia.com. This case is an example where a court explicitly labeled one party *"a Corporation"* and used all-caps for its name, versus a sole-proprietor business name in standard case.

15. **Milsen Company v. THE SOUTHLAND CORPORATION**, 454 F.2d 363 (7th Cir. 1971) – Seventh Circuit antitrust case (franchise dispute). Both parties were corporations, and the case caption reflects the style: *"MILSEN COMPANY, A CORPORATION, et al."* vs *"THE SOUTHLAND CORPORATION, ET AL."* Each corporate name is capitalized **as an entity** (often small-caps or all-caps in the original reporter) law.justia.com. Notably, **"SOUTHLAND CORPORATION"** appears in all capitals in some filings. Even though no individual is a party here, this case underscores the practice of distinguishing corporate status by the use of all-capital lettering in case captions.

**Sources:** These formatting conventions are evident in official case reporters and court documents of the time. For example, the New Mexico Court of Appeals report in *Beverly v. Conquistadores, Inc.* shows the defendant's corporate name in capscase-law.vlex.com, and the New Jersey District Court in *Chancellor, Inc. v. Hamilton Appliance Co.* does the same for both corporations in the case titlelaw.justia.com. Federal appellate decisions (Second, Fifth, Seventh Circuits, etc.) from the 1970s-1980s similarly display corporate party names in all-capital letters in captions, contrasted with individual names in standard capitalizationcaselaw.findlaw.com law.justia.com. This tradition, followed by courts prior to the late 1980s, highlights the corporate status of a party by using all capitals, while natural persons' names remain in usual upper/lowercase form. Each case above illustrates this styling in the reported case caption or description of parties.

So, it is not simply a style or convenience issue! And because of this long-standing tradition that goes back millennia.

- Capitis deminutio media involved the loss of family and citizenship without any loss of personal liberty.

- Capitis deminutio minima involved the loss of family, without the loss of citizenship or liberty.

- Capitis deminutio maxima involved the loss of family, citizenship, and liberty. (*I.e.*, the person became a slave or prisoner of war.)

An individual is allowed to challenge the practice, because the law allows them to challenge this practice. Style manuals of the court, of the local government, and the national government all require this all capitalization. I of all people happen to be at my doctor's office while their IT person was reprogramming their computer, and 2008, and apparently they hadn't been placing all of their patient's name in all capitalized lettering, and he instructed the manager of the facility that from now on, all patients names were to be in all capital letters, now I had already known about corporations names being at all capital lettering, because in 1987 I had to start my own corporation and I had to do the research and what was required, and would you know that the city of Los Angeles required all corporations names to be an ALL-CAPITAL-LETTERING, so, please don't tell me it's a style or convenience issue. because that would be a lie, because I have personally experienced the exact opposite!

The aforementioned cases document the fact that this is not some simple argument-so-to-speak, that there was a necessity to differentiate in the past, there was no law or rule change just a practice known as style manuals. Style manuals are not law, and to have a court say that something is for convenience, is an insult. Convincing the court is not a prerequisite!

**REQUEST**

I hereby require that this Court acknowledge this challenge and proceed in accordance with duly enacted law rather than relying on the some form of accommodation. If the court is going to accommodate itself for its so-called style manual and conformity and uniformity, then it must take into account that the name does not belong to the court and that it has no jurisdiction as to the rendering of the name. The court is a public servant, the court is not sovereign! The court is a representative entity! The court must acknowledge, recognize the right of self-autonomy, the right to be secure in one's person which includes the person's name, papers, possessions, things in order to see is that right for public use and/or public purposes there must be compensation! Your gonna take my name and doing with it whatever you chose, you can only do it for public purposes, so I required to be compensated, the way you compensate me there's upper lowercase, proper name Caps.

**CERTIFICATE OF SERVICE**

I certify that on or about this 23rd day of April 2025, I provided a copy of this Notice to all parties via:

[either electronically and/or by United States Postal Service and/or by other lawful means]

Eeon, sui juris

Signature: _____

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EEON FOUNDATION,

          *Plaintiff*,

        v.

UNITED STATES OF AMERICA, *et al.*,

          *Defendants.*

Civil Action No. 24-1626 (SLS)

Judge Sparkle L. Sooknanan

## ORDER

The Plaintiff, Eeon Foundation, filed this Complaint against a long list of Defendants alleging multiple violations of the Constitution and other laws. *See* Compl., ECF No. 1. Because the Plaintiff has failed to effectuate service on the Defendants, the Court dismisses the Complaint.

Under Federal Rule of Civil Procedure 4(m), a plaintiff is required to serve a defendant within 90 days of when the original complaint was filed or to show good cause for needing additional time. *See* Fed. R. Civ. P. 4(m). If the defendant is not served within 90 days, after notice to the plaintiff, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

The Plaintiff filed the Complaint in this action on June 3, 2024. *See* Compl. On October 24, 2024, the Court ordered the Plaintiff to provide proof of service by November 15, 2024, or face dismissal without prejudice. *See* Minute Order (Oct. 24, 2024). On November 8, 2024, the Plaintiff filed a Motion to Clarify, making arguments with varying degrees of connection to the proof of service requirement under Rule 4(m), including that the Court ignored the Plaintiff's alleged change of address. *See* Mot. Clarify at 6, ECF No. 6. But because the docket still did not reflect issuance of summonses and service of process on any Defendant, the Court issued an Order

on February 6, 2025, ordering the Plaintiff to file proof of service by March 10, 2025, or show good cause for an extension of time to effect service. *See* Order at 1, ECF. No. 7. The Court noted that failure to do so would result in dismissal without prejudice. *See id*. at 2. The Plaintiff has not complied with this Order or otherwise responded to the Order.

Accordingly, the Court ORDERS that the case is DISMISSED WITHOUT PREJUDICE under Rule 4(m).

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:  March 20, 2025

2

68