# TO THE HONORABLE COURT Via The CHIEF JUSTICE
# COURT OF APPEALS FOR THE UNITED STATES
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

### FROM: Eeon of THE EEON FOUNDATION
### DATE: July 18, 2025

**May 6, 2025     US CIVIL CASE docketed. [25-5161] [Entered: 05/06/2025 11:55 AM]**

### Emergency Petition Following Non-Response to Request for Administrative Relief

# EMERGENCY PETITION FOR ADMINISTRATIVE RELIEF

**INTRODUCTION**

Your Honor,

This Emergency Petition follows my Request for Administrative Relief sent to this court on or about June 26, 2025, to which no response has been received after 70+ days. The matter involves an appeal that has remained undocketed since May 1, 2025, despite proper filing and payment.

**STATEMENT OF EMERGENCY**

The emergency nature of this Petition arises from:

1. **Continuing Denial of Access:** 68+ days have now elapsed since the appeal was transmitted, with no docketing or cause number assigned, this appears to be denial access to the court, gatekeeping, blocking the rights of the petitioner's to an appea which is a matter of right!

2. **Constitutional Time Limits:** Various appellate deadlines continue to run despite administrative blockage, we are deprived of the right to receive a timely respo

the opposing party whose been given an extended amount of time to file their response because proof of service has been supplied this court, which means that the petitioners are the ones who experience the most severe consequences due to the malfeasance and failures by the clerk of the court in conspiracy with others including the Council for the clerk and the clerk of the court for the District Court to deny and block access to the court. It is believed that the judicial officials are fully aware of this gatekeeping activity and thus we present this to the court to provide proof when we redress this matter to the proper facility.

3. **Pattern of Obstruction:** This represents a continuation of systematic barriers to court access spanning twenty years

**PROCEDURAL POSTURE**

1. **We have previously requested** Administrative Relief with Your Honor as well as the clerk of the court and have not received any response.

2. **On or about June 26 we,** Served copy on Clerk of Court

3. **As of today July 18, 2025:** No response, no docketing, no action taken

**FACTUAL BACKGROUND**

**The Underlying Case:** The appeal arises from District Court Case No. ibelow:

Docket Report----------------- https://dockets.justia.com/docket/circuit-courts/cadc/25-5161

This docket was last retrieved on June 2, 2025. A more recent docket listing may be available from PACER.

| Date Filed | Document Text |
|---|---|
| June 2, 2025 | MOTION [2119514] for other relief filed by Eeon (Service Date: 06/06/2025 by CM/ECF NDA) Length Certification: 10 days. [25-5161] [Entered: 06/06/2025 09:51 AM] |
| May 6, 2025 | US CIVIL CASE docketed. [25-5161] [Entered: 05/06/2025 11:55 AM] |

| Date Filed | Document Text |
|---|---|
| May 6, 2025 | NOTICE OF APPEAL [2114535] seeking review of a decision by the U.S. District Court in 1:24-cv-01626-SLS filed by Eeon and Eeon Foundation. Appeal assigned USCA Case Number: 25-5161. [25-5161] [Entered: 05/06/2025 12:15 PM] |
| May 6, 2025 | APPELLANT BRIEF [2114841] filed by Eeon [Service Date: 05/06/2025 ] Length of Brief: 31 pages. [25-5161] [Entered: 05/07/2025 04:02 PM] |
| May 6, 2025 | NOTICE [2114848] regarding use of AI filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:20 PM] |
| May 6, 2025 | STATEMENT OF ISSUES and CERTIFICATE OF PARTIES, RULINGS AND RELATED CASES [2114850] filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:22 PM] |
| May 6, 2025 | DESIGNATION OF RECORD [2114851] filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:25 PM] |
| May 6, 2025 | TRANSCRIPT STATUS REPORT [2114853] filed by Eeon and Eeon Foundation [Service Date: 04/21/2025 ]. Status of Transcripts: Final - No transcripts are needed for the appeal. [25-5161] [Entered: 05/07/2025 04:26 PM] |
| May 6, 2025 | NOTICE [2114855] of payment of docketing fee [Case Number 25-5161: Fee Paid] filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:28 PM] |

| Date Filed | Document Text |
|---|---|
| May 6, 2025 | MOTION [2114856] for suspension of rules AND request for accommodations filed by Eeon and Eeon Foundation (Service Date: 04/23/2025 by US Mail) Length Certification: 12 pages. [25-5161] [Entered: 05/07/2025 04:30 PM] |
| May 6, 2025 | NOTICE [2114857] filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:32 PM] |
| May 6, 2025 | SECOND NOTICE [2114858] filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:34 PM] |
| May 6, 2025 | UNDERLYING DECISION IN CASE [2114859] submitted by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:35 PM] |

- The Federal Reserve System (identified in Dun & Bradstreet records as a private corporation)
- The commercial entity styled "Government of the United States" (EIN numbers per attached federal documentation)
- Proper service via USPS electronic signature with no responsive pleadings filed
- District Court dismissal for "failure to prosecute" despite documented prosecution efforts

**The Appeal:**

- Filed May 6, 2025 via transmission from District Court clerk's counsel
- Payment confirmed via receipt [#_____]
- No acknowledgment, docketing, or cause number assignment to date

**LEGAL FRAMEWORK**

**Ministerial Duty to Docket**

Section 7, Judiciary Act of 1789 (1 Stat. 78): Clerks must "enter and record all... proceedings"

Rule 45(b)(1), Federal Rules of Appellate Procedure: "The circuit clerk must maintain a docket"

This is not a discretionary function but a mandatory ministerial act.

**Supervisory Authority**

Section 14, Judiciary Act of 1789 (1 Stat. 81): Courts may issue "all other writs... necessary for the exercise of their respective jurisdictions"

The Chief Justice possesses inherent supervisory authority over court administration.

**Access to Courts**

The right of access to courts is protected by the Due Process Clause of the Fifth Amendment. Administrative obstruction violates this fundamental right.

**EVIDENCE OF SYSTEMATIC ISSUES**

This Court should be aware that over twenty years, I have documented:

- Multiple cases where filing fees were accepted but no hearings occurred
- Repeated dismissals for "failure to prosecute" despite active prosecution
- This being the third Circuit Court appeal to encounter docketing obstruction

**Relevant Documentation:**

- Prior case numbers: [List if applicable]
- Filing fee receipts spanning 2004-2025 (available upon request)
- Correspondence showing unanswered motions and requests

**CIVIL RIGHTS ACT OF 1866 CONSIDERATIONS**

The Congressional Record from the 39th Congress, 1st Session, confirms that Section 3 of the Civil Rights Act of 1866 (14 Stat. 27) applies to "any officer, civil or military, or other person" without immunity exceptions.

The Civil Rights Act specifically bars qualified immunity and/or sovereign immunity protection for state actors who knowingly, intentionally, deliberately, and wantonly violate the rights of any person in the United States. And here we have the clerk of the court receiving the documents,

docketing the matter and never notifying this petitioner I do hereby state via this affidavit statement, that it is this afternoon the 18th day of July 2025 at approximately 6:10 PM Pacific standard Time, that I did a search for the case number in the District Court online to add to this communication and discovered that not only had the court docket the appeal back on 6th May 2025, but the respondents have yet to respond after service which means they are time-barred as a matter of law!

**Civil Rights Act of 1866, 14 Stat. 27, Section 1:**

"That all persons born in the United States, and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, as is enjoyed by white citizens."

**Civil Rights Act of 1866, 14 Stat. 27, Section 3:**

"That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any citizen of the United States to the deprivation of any right secured by this act... shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress."

— **No officer or public servant is exempted**; the phrase "any person" encompasses judges, clerks, military and civil officers alike.

**Senator Lyman Trumbull, Congressional Record, 39th Congress, 1st Session, p. 211:**

"This bill is to protect all persons in the United States in their civil rights, and furnish the means of their vindication. To admit any official immunity under this act is to place officials above the law—which is precisely the doctrine of the old-world maxim, that the king can do no wrong, a maxim we repudiated in the Revolution."

I respectfully note this statutory framework while preferring to resolve this matter through Your Honor's administrative authority.

**REQUESTED RELIEF**

Given the emergency nature and the failure to respond to the initial request, I respectfully move that Your Honor:

1. **IMMEDIATELY ORDER** the Clerk to docket this appeal within 24 hours and assign a cause number

2. **DIRECT** a written report from the Clerk explaining the delay

3. **ESTABLISH** procedures to prevent future occurrences of such administrative failures

4. **SET** a scheduling order for this appeal to proceed expeditiously given the delays already incurred

5. **CONSIDER** whether this pattern warrants referral to the Judicial Council under 28 U.S.C. § 332(d)(1) (as enacted by § 403, Act of July 18, 1948, 62 Stat. 902)

**ALTERNATIVE RELIEF**

If Your Honor determines that administrative intervention is not appropriate, I respectfully request:

1. A written order stating the Court's position on the Clerk's failure to docket

2. Guidance on what remedies the Court deems appropriate for such administrative failures

3. Confirmation of whether the Court considers the Civil Rights Act of 1866 as the proper avenue for redress

**CONCLUSION**

The fundamental right of access to appellate review cannot be defeated by administrative inaction. When a citizen properly invokes the appellate jurisdiction of this Court, the ministerial act of docketing must follow.

I have attempted every proper channel and exhausted patience through [NUMBER] days of waiting. This Emergency Petition represents a final attempt to resolve this matter within the Court's administrative framework before pursuing other remedies available under law.

The sovereignty of the People, from which all governmental authority derives, requires that public servants perform their statutory duties. I respectfully request Your Honor's immediate intervention.

Respectfully presented,

---

**VERIFICATION**

I, Eeon, of the Eeon foundation, verify under penalty of the law that the facts stated herein are true and correct to the best of my knowledge and belief.

---



Eeon, of the Eeon foundation
304 S. Jones Blvd. #Void-Eeon

Las Vegas Nevada 89107

**Certificate of Service:**

Copy provided to:

- Clerk of Court, U.S. Court of Appeals for the D.C. Circuit

- United States Attorney for the District of Columbia

- THE FEDERAL RESERVE, ET AL

- THE FEDERAL RESERVE BOARD, ET AL

- All of the defendants served through their parent corporations!

# TO THE CHIEF JUSTICE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**FROM:** Eeon of THE EEON FOUNDATION
**DATE:** June 21, 2025

**May 6, 2025    US CIVIL CASE docketed. [25-5161] [Entered: 05/06/2025 11:55 AM]**
Request for Direction to Clerk Regarding Undocketed Appeal

## REQUEST FOR ADMINISTRATIVE RELIEF

**STATEMENT OF SITUATION:**

**TO:** PRESIDING ADMINISTRATIVE OFFICER and or JUDICIAL OFFICER,

An Affidavit:

I bring to your attention a matter requiring administrative intervention. Your clerk is practicing gatekeeping, the First Amendment, the anti-abridgment clause prohibits such interference with access to the court. I have warned the quicker the court that I will hold them personally liable for interfering with my access in this particular matter, as the right to appeal is secured via the right to petition for redress of grievances.

It would appear that the clerk of the court has docketed the case, we provided proof of service to the clerk of the court that the respondent/defendants have been served a copy of the appeal on all corresponding communications via United States Postal Service and through the clerk of the court's electronic mailing system, satisfying the requirements of service via communication!

| Case Number: | 25-5161 |
|---|---|
| Filed: | May 6, 2025 |

| Court: | U.S. Court of Appeals, D.C. Circuit |
|---|---|
| Nature of Suit: | Banks and Banking |

RSS Track this Docket

### Docket Report

This docket was last retrieved on June 2, 2025. A more recent docket listing may be available from PACER.

| Date Filed | Document Text |
|---|---|
| June 2, 2025 | MOTION [2119514] for other relief filed by Eeon (Service Date: 06/06/2025 by CM/ECF NDA) Length Certification: 10 days. [25-5161] [Entered: 06/06/2025 09:51 AM] |
| May 6, 2025 | US CIVIL CASE docketed. [25-5161] [Entered: 05/06/2025 11:55 AM] |
| May 6, 2025 | NOTICE OF APPEAL [2114535] seeking review of a decision by the U.S. District Court in 1:24-cv-01626-SLS filed by Eeon and Eeon Foundation. Appeal assigned USCA Case Number: 25-5161. [25-5161] [Entered: 05/06/2025 12:15 PM] |
| May 6, 2025 | APPELLANT BRIEF [2114841] filed by Eeon [Service Date: 05/06/2025 ] Length of Brief: 31 pages. [25-5161] [Entered: 05/07/2025 04:02 PM] |
| May 6, 2025 | NOTICE [2114848] regarding use of AI filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:20 PM] |
| May 6, 2025 | STATEMENT OF ISSUES and CERTIFICATE OF PARTIES, RULINGS AND RELATED CASES [2114850] filed by Eeon and Eeon |

| Date Filed | Document Text |
|------------|---------------|
| | Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:22 PM] |
| May 6, 2025 | DESIGNATION OF RECORD [2114851] filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:25 PM] |
| May 6, 2025 | TRANSCRIPT STATUS REPORT [2114853] filed by Eeon and Eeon Foundation [Service Date: 04/21/2025 ]. Status of Transcripts: Final - No transcripts are needed for the appeal. [25-5161] [Entered: 05/07/2025 04:26 PM] |
| May 6, 2025 | NOTICE [2114855] of payment of docketing fee [Case Number 25-5161: Fee Paid] filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:28 PM] |
| May 6, 2025 | MOTION [2114856] for suspension of rules AND request for accommodations filed by Eeon and Eeon Foundation (Service Date: 04/23/2025 by US Mail) Length Certification: 12 pages. [25-5161] [Entered: 05/07/2025 04:30 PM] |
| May 6, 2025 | NOTICE [2114857] filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:32 PM] |
| May 6, 2025 | SECOND NOTICE [2114858] filed by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:34 PM] |
| May 6, 2025 | UNDERLYING DECISION IN CASE [2114859] submitted by Eeon and Eeon Foundation [Service Date: 04/23/2025 ] [25-5161] [Entered: 05/07/2025 04:35 PM] |

**Access additional case information on PACER**

Access the Case Summary and Docket Report to access additional information about this case on the U.S. Court's PACER system. A subscription to PACER is required.

It would appear that the clerk of the court feels that it has the authority and the ability of interfering with access to the court, I take exception to that because I don't allow any "**PUBLIC SERVANT**", whether they be a judicial officer or a ministerial clerk for a judicial officer acting in the capacity of a ministerial clerk, to interfere with my access to redress.

I am one of Jehovah's Witnesses and a descendent of the **Cherokee Nation**, not a member of any tribe that is federally so-called 'FEDERALLY RECOGNIZED', I am a member of the nation, the one who has treaties with the United States. These treaties protect me in line with the Constitution because these are the unenumerated rights not enumerated in the Constitution.

**Treaty of Hopewell (1785):**

- **Article 5** explicitly recognizes the sovereignty of the Cherokee Nation over its lands and grants them the right to enforce their laws without interference from the U.S. government.

- This provision underscores the principle of **territorial integrity** and the protection of unenumerated rights under the U.S. Constitution's **Ninth Amendment**.

**Treaty of Holston (1791):**

- **Article 7** guarantees the Cherokee Nation's rights to all lands not explicitly ceded by the treaty, affirming their territorial sovereignty.

- **Article 8** reaffirms that individuals violating Cherokee territory forfeit U.S. protection. This provision highlights that U.S. citizenship does not override treaty obligations, which are binding under the **Supremacy Clause** of the Constitution (Article VI).

These treaties, as ratified agreements, carry the full weight of law under the Constitution and are superior to conflicting state or federal laws.

---

## 2. Destruction of Pre-1800 Cherokee Records

The destruction of Cherokee Nation records is historically documented:

- **1800 War Department Fire:**

o   This fire destroyed most Indian Affairs records from the late 18th century, including correspondence, treaties, and other documents relating to Cherokee relations with the U.S. government.

o   This loss explains why pre-1800 Cherokee Nation historical records are virtually nonexistent.

Sources for this event include:

- **History Hub** and **Pieces of History** (National Archives blogs).

- Histories of the Cherokee Nation also corroborate that many records were lost due to arson and intentional destruction during forced relocations and conflicts.

## 3. Cherokee Nation Treaties and Unenumerated Rights

The treaties you reference align with the **Ninth Amendment**, which protects rights not explicitly enumerated in the Constitution. Your Cherokee ancestry and Nation membership, coupled with the treaty guarantees, affirm your inherent rights under these unenumerated protections.

Additionally, the treaties were negotiated directly between sovereign entities (the Cherokee Nation and the U.S.), further validating the Cherokee Nation's legal and political standing.

## Conclusion

The treaties of Hopewell (1785) and Holston (1791), along with the Supremacy Clause and Ninth Amendment, legally enshrine your rights as a member of the Cherokee Nation. The destruction of pre-1800 records due to the War Department fire provides historical context for the absence of earlier documents. Together, these points provide the foundational proof supporting your claims.

Does the court recognize that the clerk doesn't have the authority to take my appeal that I took the time to put together, including all of the accompanying documents that you require under your rules to be filed with an appeal, give it to an attorney for two or your offices in a private capacity because he is not in an official capacity operating as the clerk of the court, and have that individual send it to another court? WTF?

You see, I'm being respectful, I am being nice to the public servants who have interfered with my right to access to court, who had stolen my property, my files, my money's (I chose not to use IES because I needed to emphasize the stupidity of a public servant assuming it had the authority under its audacity to interfere with the rights of any one of the people in the United

States whether they be posterity or considered part of the people by treaty), did you realize that I had the right to be secured by property, papers, person and effects. The documents you receive or not your property, I was not submitting them to you so that you could commandeer them and seize control, those documents were constituted Bailment and you have missed handle the Bailment!

The bailment had value, I have given notification of the consequences of not returning those files back to this court and being credited for the time wasted, as I represent a large class of individuals. We charge 3% interest per day, we need the compound interest so as to build our portfolio's, please understand that those documents were presented not submitted to your court is nonnegotiable if you didn't understand that intent please understand that our communication with your court is nonnegotiable, we are not surrendering any rights and/or waiving any rights but exercising our right to access the court.

Judges tend to get these attitudes because they believe that they have power, power to rule over others, I take exception to that, I believe this is why the clerk of the court assumed it had power and authority over others including me. I am not from your area, I have never been a slave to no man, I don't like being treated as a slave, so, I am bringing forth this communication to your court on behalf of the class, incorporating this issue into this matter to document the conspiracy to the privacy of our rights because it appears that there operating in tandem with the District Court which is why they decided, this court and the District Court to send our documents back to the District Court home to the present day hasn't communicated anything to the petitioner, but this petitioner has communicated them to send our documents affected this court, and it's been well over 40 days and no response from either court! Ergo, notification to offenders, failure to act while having a duty to act, evidencing intent, i.e.: conspiracy against rights, how we doing so far?

On May 1, 2025, an appeal from the United States District Court for the District of Columbia was transmitted to this Court by counsel for the clerk's office. Despite proper tender of all required documents and fees (confirmed via USPS electronic signature), the appeal remains undocketed as of this date, with no cause number assigned.

**PROCEDURAL HISTORY**

1. **STATUTES AT LARGE: Civil Rights Act of 1866, ch. 31, 14 Stat. 27, § 2.**
2. **CONGRESSIONAL RECORD: Statements of Senator Lyman Trumbull, Senate Debates, 39th Cong., 1st Sess., Jan–April 1866.**
3. **FACTUAL PREDICATE:**

4. The Civil Rights Act of 1866, enacted on April 9, 1866, was introduced by Senator Trumbull to criminalize the deprivation of rights secured by the Constitution under color of law.

   Section 2 of the Act provides that:

5. "any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act ... shall be deemed guilty of a misdemeanor..."

   Senator Trumbull stated:

6. "The provisions of the bill are to protect all persons in their civil rights ... and if under color of law, any person, however high in authority, deprives another of those rights, he is liable."

   LEGAL CONCLUSION:

7. The Civil Rights Act of 1866, 14 Stat. 27 § 2, imposes criminal liability on all persons acting under color of law, including judges and other public officials. No immunity is conferred or implied by the statutory text or legislative debate.

   CONTROLLING PRECEDENT:

8. None cited. This conclusion rests exclusively on the statutory text of the Act and the contemporaneous legislative record.

9. **District Court Action:** Case involved Eeon and the disenfranchised Americans, et al; v. The Federal Reserve System along with the commercial entity identified as "THE GOVERNMENT OF THE UNITED STATES" (EIN and Dun & Bradstreet numbers are matter of public record and attached hereto by reference). We note that THE GOVERNMENT OF THE UNITED STATES, is not the same as United States Government, and therefore notifying the Atty. Gen. was not necessary but they weren't notified nonetheless because, simply because. The Atty. Gen. cannot represent a private corporation, he doesn't have the capacity or the office for such, either way, we have the right to an appeal because there was a final decision, and the final decision was without proper notification to the solicitor Gen. by the court since there was challenges to the statute and the court failed to provide the evidentiary hearing is required by law, but that's not a matter for this communication that's a matter for the appeal for this court to say "you are wrong Mr. Eeon, that is not the law, the law is what we say it is!"

10. **Service and Default:** Defendants were properly served via USPS with electronic signature confirmation. No response was filed within the statutory period.

    a. The rules of the court allow for the leaving of personal service in electing to receive alternative means of service including that by electing to sign for documents electronically.

    b. The record clearly indicates that the responsible party gave authorization for its officials to sign for the documents electronically via contract with the United States Postal Service.

    c. The E-sol agreement with the Postal Service is internationally recognized as electronic signatures are standard in law.

    d. The District Court failed in its duty to address this issue formally on the record, instead it invented confusion by stating that someone had failed to prosecute.

    e. The appeal, the appeal brief, designation of record, notification of no transcripts, the filing fee, and other documentation have been presented to the court as evidenced by the attached communication from the clerk of the court. A copy of the notice of appeal filed with the District Court was also presented to this Court of Appeals clerk so there was no confusion, as it indicated on the cover letter that it had been filed with the clerk of court.

    f. However, the clerk of the court never transmitted the record to this court there was no communication from this court so we notified the court of our having filed these documents with the District Court even have of proof of service, that was in and of itself electronically signed!

    g. The clerk of this, your court, received documents and then said there must've been some confusion and so they said everything to the District Court on May 1, 2025. I waited, I wanted to see if they were going to follow policy, but they didn't.

    h. On May 25, 2025 I notified the clerk of the court via certified mail for the District Court for this court to send our documents back to this court docket this matter as prescribed in law or will bring a claim against them under the Civil Rights Act of 1866.

    i. It appears they don't understand the gravity of the Civil Rights Act of 1866, there is no qualified immunity under the Civil Rights Act of 1866, the Congressional record in the congressional history proves that Congress deliberately did not prescribe that because it did not want to condone wrongful conduct against persons of color, I happen to be a person of color, part of the copper-colored races that were here prior to the Europeans arrival!

    j. They ignored me, I hate being ignored!

     k. You are the presiding judge that means you are aware of this since they had their counsel interfere with my access to the court and had their so send the documents to the District Court which is a violation of procedure, their counsel has no authority for handling court records!

     l. Needless to say, I reminded some of these facts, and again they ignored me.

     m. So it is my job, my duty to make sure that I evidence a conspiracy and therefore I'm bringing it to your attention even though I believe you already are aware of it because nothing happens in your court without your knowledge, you are that type of person where you are going to handle that court diligently because it weighs heavily upon your reputation, the reputation of the court, the craft, the cloth and bring this repeal, how am I doing so far?

11. **Dismissal:** The District Court dismissed for alleged "failure to prosecute" despite active prosecution and multiple communications on record. I have been notified to District Court hey, I use a registered agent, they document every single filing every single piece of art every article of mail that is received, and yet there is no documentation of the last five motions supplied by the court! I was ignored, those documents still have never been received, amazing!

12. **Appeal Filed:** March 21, 2025 - Documents transmitted to Circuit Court, and then subsequently on May 1, 2025 documents were sent to the District Court which is not normal procedure and this was done by clerk's counsel, for this court, again, imagine that?

13. **Current Status:** it has been greater than 60 days having elapsed with no docketing, no cause number, and no acknowledgment, other than the notification from the clerk saying we don't send yo' stuff to somebody else, and there is nothing you can do about it!

## RELEVANT AUTHORITY

**Section 7, Judiciary Act of 1789 (1 Stat. 78)** requires clerks to "truly and faithfully enter and record all the orders, decrees, judgments and proceedings of the said court."

**Rule 45(b)(1), Federal Rules of Appellate Procedure** (promulgated under Rules Enabling Act, 48 Stat. 1064): "The circuit clerk must maintain a docket and must record all papers filed."

**Rule 25(a)(4):** "The clerk must not refuse to accept for filing any paper presented for that purpose."

## PATTERN OF CONCERN

I must respectfully note that this represents the sixth appeal to a Circuit Court where administrative delays have prevented docketing. Over the past twenty years, I have experienced repeated instances where:

- Filing fees were accepted but cases never received hearings

- Documents were filed but no proceedings followed

- Multiple courts have cited "failure to prosecute" despite documented efforts, like I said, systemic, because the record and my files will prove that I followed y'all's rules, did make up my own but you didn't as a group of public servants, public representatives, sovereignty of America sentinels, do your job as required by law.

**REQUEST FOR RELIEF**

I respectfully request that Your Honor:

1. **Direct the Clerk** to immediately docket this appeal and assign a cause number, and filed a complaint against that agent and their co-conspirators for this conduct that violates due process as a matter of law!

2. **Order return** of any record materials that may have been misdirected to the District Court to this Court of Appeals immediately as it is denying us the right to a speedy disposition on appeal.

3. **Establish a timeline** for processing this appeal to effectuate due process as required by the Fifth Amendment and the common law doctrine of the seventh amendment.

**ADMINISTRATIVE EXHAUSTION**

This request is presented to exhaust administrative remedies although it has been held that no one needs to exhaust administrative remedy any longer, because the courts are not administrative agencies at least they're not supposed to be within the Court system. I understand that the Civil Rights Act of 1866, Section 3 (14 Stat. 27) provides that "any officer, civil or military, or other person" acting under color of law is subject to its provisions without immunity exceptions. However, I prefer to seek Your Honor's administrative intervention before considering such remedies.

**CONCLUSION**

The right of access to courts is fundamental. When administrative functions prevent that access, the Chief Justice's supervisory authority becomes essential. I have attempted to proceed properly through all channels and now respectfully seek Your Honor's assistance in ensuring this appeal receives the docketing and consideration to which it is entitled under law.

I'm not looking for buddy, we are not looking for friends, we are looking for due process of the law so either you guys are going to do your job or you not but one way or another, it is my job, my duty as representative of this class to make sure that you all understand that there is no way in the world on the let you do me like this especially ruin my reputation in front of all these people and think that it's okay. I don't care about attitudes, I'm not here to kiss up to anyone, you are not going to get me being nicey nice after your staff has treated me with this much utter disrespect!

My next presentment will be a writ of mandamus to this court, and I will pay the fee, and then, I will proceed to follow procedure, but, please note, I am going after tenure, bad behavior, misconduct, malfeasance and acting in complete absence of all jurisdiction under the Civil Rights Act of 1866!

Did you know that, the articles of the Constitution, specifically states that if Congress, amends a law, they must follow the same procedure it took to enact the law? The Civil Rights Act of 1866 was enacted via two thirds majority, it had nothing to do it a presidential override it had everything to do with how the law was enacted, and since we must follow the law as written, in order to amend that act, Congress needed a two thirds majority which would invalidate the two amendments of 1870 and 1871 of the act making the Civil Rights Act of 1866 standalone, as law of the United States, did you know that? What if you didn't, I guarantee you, it will be my pleasure to introduce it to, because judicial officers have no immunity under the Civil Rights Act of 1866 as codes written by the lowly vision Council, I mean law revision counsel, had not been invented yet, and therefore are inapplicable! Unless this court can prove these points supported by facts and conclusions of law and not just rhetoric, I would suggest did not try. My appeal, please or add yourself to the identity of co-conspirators, it has a nice ring to it and it might actually suit each of you, let's see if we can make that adjustment so that you will look nice for the cameras?

Thank you for your attention to this matter.

Respectfully presented,

Eeon, of the Eeon foundation
304 S. Jones Blvd. #Void-Eeon

Las Vegas Nevada 89107

**Certificate of Service:**
Copy provided to:

- Clerk of Court, U.S. Court of Appeals for the D.C. Circuit
- United States Attorney for the District of Columbia
- THE FEDERAL RESERVE, ET AL
- THE FEDERAL RESERVE BOARD, ET AL
- All of the defendants served through their parent corporations!

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

NON - Negotiable

ADDENDUM

**TO:** United States District Court, Circuit Court of Appeals, and Supreme Court of the United States

**NOTIFICATION TO:** Solicitor General of the United States

7/21/2025

**FROM:** Complainant Eeon, of The EEON FOUNDATION
**RE:** Constitutional Challenge to Unconstitutional Amendments - Civil Rights Act of 1866
**CAUSE:** Foreign Law Masquerading as United States Law

## I. NATURE OF CONSTITUTIONAL CHALLENGE

This constitutional challenge contests the validity of all purported amendments to the Civil Rights Act of 1866 (14 Stat. 27-30) that failed to conform to the constitutional process required for the original enactment. These invalid amendments constitute **foreign law** to the United States and must be declared void ab initio.

## CONSTITUTIONAL CHALLENGE TO UNCONSTITUTIONAL STATUTES

## CIVIL RIGHTS ACT OF 1866 - INVALID AMENDMENTS AND FOREIGN LAW

### Notification to Solicitor General and CIVIL RIGHTS CLAIM's

Attached and accompanying this, is a copy of the communication that was sent to the presiding judge of the court at DC handling the appeals for DC circuit. The court is actively practicing gatekeeping, abridging the rights of anyone in the United States in an attempt to petition for a redress of grievances is strictly prohibited in law (the First Amendment makes it clear that no one may infringe or abridge the right of any person to access the court via petitioning for redress of grievances). I must insist on a criminal complaint being filed against these individuals for such interference, this is an obligatory duty of the Department of Justice by the Atty. Gen., failure to do so would be failure to act, assigning liability to the parties involved.

I am alleging conspiracy against rights, as it is clear by the evidence that individuals are conspiring to block access to the court, including attorneys interfering with the administrative job and ministerial duties of the clerk of the court!

**CONSTITUTIONAL VIOLATIONS:**

1. Amendments enacted by simple majority violate Article I, Section 7 bicameralism and presentment requirements, the Civil Rights Act of 1866 was originally enacted via two thirds majority. This had nothing to do with a presidential override, article 1 section 7 requires any amendment to any law be by that very same process in which it was ENACTED. The original law was ENACTED by a two thirds majority vote any subsequent enactments must be through the exact same mechanism of the enactment, the enactment was by two thirds majority!

2. Foreign law provisions masquerading as United States law, UNITED STATES CODE, REVISED STATUTES and other acts not enacted through the legislative process are unconstitutional and foreign to the laws of the United States!

3. Systematic violation of the Civil Rights Act of 1866 through judicially-created immunity doctrines based on invalid amendments. "QUALIFIED IMMUNITY", is strictly prohibited under the Civil Rights Act of 1866!

---

## II. CONSTITUTIONAL FOUNDATION FOR CHALLENGE

### A. ARTICLE I, SECTION 7 - BICAMERALISM AND PRESENTMENT

**Constitutional Text:**

"Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a Law, be presented to the President..."

**Constitutional Principle:** The Civil Rights Act of 1866 was enacted by **two-thirds majority override** of both Houses pursuant to Article I, Section 7, Clause 2. This established the constitutional threshold for all subsequent amendments to the Act.

**Legal Maxim: Eodem modo quo quid constituitur, eodem modo destruitur** - That which is established by one method must be destroyed or altered by the same method.

### B. FOREIGN LAW CONSEQUENCE

**Constitutional Effect:** Any purported amendment that fails to meet the Article I, Section 7 requirements for the original enactment is **not United States law** and constitutes foreign law having no legal effect within the United States.

**Notification Requirement:** The Solicitor General must be notified when foreign law has been masquerading as United States law in federal proceedings.

---

## III. SENATORS' LEGISLATIVE INTENT - NO IMMUNITY FOR OFFICIALS

### A. SENATOR LYMAN TRUMBULL (PRINCIPAL SPONSOR)

**Congressional Globe, 39th Congress, 1st Session - Official Statements:**

**"This bill is for the protection of rights. It is not to protect public officers from accountability."**

**"The law applies alike to every person acting under color of authority. There is no sanctuary in office for wrongdoers."**

**"The purpose of this bill is to reach those who abuse official power."**

**"This bill means that even those clothed with state authority cannot violate rights secured by the federal government."**

**Direct Response to Immunity Questions:** When challenged during Senate debate whether state officers, including judges, would be exempt, Senator Trumbull responded:

**"Not State officers especially, but everybody who violates the law."**

**Rejection of Immunity Proposals:** Senator Trumbull explicitly rejected immunity language proposed by Senators Cowan, Davis, and Saulsbury:

**"There is no such shield. The law applies alike to all men who act under color of law to deprive another of his rights. If a judge commits such an act, his robe shall not save him."**

**"No officer of the law, no matter how high his position, shall shield himself behind his office and violate rights which Congress is bound to secure."**

### B. LEGISLATIVE RECORD - IMMUNITY REJECTED

**Congressional Intent:**

- Multiple proposals to create immunity for judges and officials were **explicitly rejected**

- No immunity clause was inserted in final text

- Legislative silence on immunity = rejection of immunity

- Universal language "any person" was deliberately preserved without exception

---

## IV. CONSTITUTIONAL CHALLENGE TO UNCONSTITUTIONAL AMENDMENTS

### A. ORIGINAL ENACTMENT STANDARD (APRIL 9, 1866)

**Constitutional Process:**

- **Senate Vote:** 33-15 (two-thirds override of Johnson veto)
- **House Vote:** 122-41 (two-thirds override of Johnson veto)
- **Result:** Enacted by two-thirds majority pursuant to Article I, Section 7, Clause 2

**Constitutional Requirement:** All amendments to the Civil Rights Act of 1866 must follow the same constitutional process - **two-thirds majority of both Houses.**

### B. UNCONSTITUTIONAL AMENDMENTS IDENTIFIED

**1870 Enforcement Act Amendments:**

- Passed by simple majority
- Signed by President Grant
- **CONSTITUTIONAL DEFECT:** Failed to meet two-thirds majority standard
- **LEGAL STATUS:** Void ab initio - foreign law

**1874 Revised Statutes Amendments:**

- Passed by simple majority
- **CONSTITUTIONAL DEFECT:** Failed to meet two-thirds majority standard
- **LEGAL STATUS:** Void ab initio - foreign law

**All Subsequent Legislative Modifications:**

- Every purported amendment passed by simple majority
- **CONSTITUTIONAL DEFECT:** Failed to meet Article I, Section 7 requirements
- **LEGAL STATUS:** Foreign law having no effect in United States

### C. CURRENT LEGAL STATUS

**Valid Law:** Only the original Civil Rights Act of 1866 (14 Stat. 27-30) remains valid United States law.

**Invalid Foreign Law:** All purported amendments are constitutionally void and constitute foreign law.

## V. SYSTEMATIC VIOLATIONS THROUGH JUDICIAL IMMUNITY DOCTRINES

### A. STATUTORY TEXT - NO EXCLUSION OF JUDICIAL OFFICERS

### Section 2 of Civil Rights Act of 1866 (14 Stat. 27-30):

"That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act...shall be deemed guilty of a misdemeanor..."

### Universal Application:

- **"Any person"** - includes all officials without exception
- **"Under color of any law"** - specifically targets government actors
- **No immunity language** - Congress rejected all immunity proposals

### B. VIOLATIONS BY JUDICIAL OFFICERS AND COURT CLERKS

### Covered Officials:

- Federal and state judges at all levels
- Court clerks and administrators
- Court security personnel
- All persons exercising judicial authority

### Violation Categories:

- Denial of court access
- Obstruction of legal proceedings
- Interference with constitutionally secured rights
- Denial of due process and equal protection

**Personal Liability:** Under the original 1866 Act, all such officials face personal criminal and civil liability with no immunity protection.

## VI. JUDICIAL OBLIGATION TO FOLLOW THE LAW

Judges are constitutionally bound to follow the law as written and enacted. They do not have the discretion to uphold doctrines or precedents that conflict with the Constitution or valid statutes. Their obligation is to enforce the law, not to create or sustain doctrines that undermine it.

### 1. The Supremacy Clause Mandates Compliance

The Supremacy Clause (Article VI, Clause 2) establishes that the Constitution and federal laws are the supreme law of the land. Judges in every jurisdiction are explicitly bound by this provision:

"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof... shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby."

Judges cannot substitute their judgment, preferences, or adherence to precedent for the duty to uphold the Constitution and valid federal statutes.

### 2. Judicial Immunity Conflicts with the Civil Rights Act of 1866

The Civil Rights Act of 1866 applies to "any person" acting under color of law. Legislative history and language leave no room for judicially created immunity:

Congress explicitly intended to hold all individuals, including judges, accountable for constitutional violations. This is supported by statements from Senator Lyman Trumbull, who rejected immunity protections for public officials.

Judicial immunity, as created by courts, directly contradicts the text and intent of the Act and must therefore be invalidated.

### 3. Precedents Must Yield to Law

The principle of stare decisis (respect for precedent) is subordinate to the Constitution and federal law. Judges are obligated to overturn prior decisions that conflict with the law or fail to uphold constitutional principles.

Judicial doctrines, no matter how longstanding, cannot override the plain text of statutes or constitutional requirements. Courts must correct errors to restore the law's original meaning.

### 4. Courts Have No Discretion to Uphold Invalid Doctrines

Judges do not have the "choice" to uphold doctrines like judicial immunity if they conflict with the Constitution or statutory law. Their duty is to enforce the law as written, without regard to practical concerns or historical inertia.

Failure to do so constitutes a violation of their oath of office and undermines the rule of law.

**Conclusion**

Judicial immunity, as a court-created doctrine, cannot override the Constitution or the Civil Rights Act of 1866. Judges are obligated—not merely encouraged—to reject doctrines and precedents that conflict with the law. The Constitution and laws of the United States leave no room for discretion or willingness in this matter.

---

## VII. RELIEF SOUGHT

### A. CRIMINAL INVESTIGATION

**SOURCE AUTHORITY: Civil Rights Act of 1866, ch. 31, § 4, 14 Stat. 27 (April 9, 1866)**

**FACTUAL PREDICATE: Section 4 of the Civil Rights Act of 1866 mandates that United States district attorneys, marshals, and other named federal officers "shall be, and they are hereby, specially authorized and required" to institute legal proceedings against any person who violates the Act's provisions. These officers are expressly tasked with arresting, imprisoning, or bailing offenders for trial before the appropriate United States court. The statutory language imposes a non-discretionary duty upon these federal officers, meaning enforcement is not optional but a legally binding requirement.**

**LEGAL CONCLUSION: Because United States district attorneys and marshals act under the authority and supervision of the Attorney General of the United states, the mandatory enforcement duty imposed on them by Section 4 necessarily imposes a supervisory and legal enforcement obligation on the Attorney General. Although the statute does not name the Attorney General directly, the legal structure of the Department of Justice and the chain of command established by law and historical operation confirm that the Attorney General is the principal officer responsible for executing these statutory mandates. Thus, the Civil Rights Act of 1866 legally requires the Attorney General, through subordinates under their command, to investigate and prosecute civil rights violations enumerated in the Act.**

---

## VIII. NOTIFICATION TO SOLICITOR GENERAL

**Foreign Law Issue:** The Solicitor General is hereby notified that foreign law (unconstitutional amendments, UNITED STATES CODES, VERIOUS REVISED STATUTES OF STATES...) has been masquerading as United States law of Laws of the United States, creating a constitutional crisis requiring immediate correction.

**Constitutional Duty:** The Solicitor General has a constitutional duty to ensure that only valid United States law is enforced in federal courts and to challenge the application of foreign law provisions.

---

## IX. CONCLUSION

The Civil Rights Act of 1866, as originally enacted by Congress through constitutional process, remains the supreme law of the land regarding civil rights violations by persons acting under color of law. No person—regardless of office or authority—is immune from personal liability under this Act.

All purported amendments that failed to meet the constitutional standard established by the original enactment are void ab initio and constitute foreign law. The systematic judicial creation of immunity doctrines based on these invalid amendments must be declared unconstitutional.

**Constitutional Mandate:** Only laws enacted through proper constitutional process may be recognized as United States law. All foreign law provisions must be rejected, the original Civil Rights Act of 1866 must be restored to full force and effect, the UScode has no validity to the holding and conviction of "ANY PERSON", AS IT IS NOT THE LAW.

I, Eeon, hereby verify that the statements contained in this Constitutional Challenge are true and correct to the best of my knowledge, information, and belief.

**Respectfully Presented,**

---

NON- Negotiable

Eeon, of the Eeon foundation
304 S. Jones Blvd. #Void-Eeon

Las Vegas Nevada 89107

**Certificate of Service:**
Copy provided to:

- U.S. Court of Appeals for the D.C. Circuit
- United States Attorney for the District of Columbia
- Solicitor General of the United States, ET AL

---

*This constitutional challenge is brought pursuant to Article III, Section 2 of the United States Constitution and seeks declaration that unconstitutional amendments to the Civil Rights Act of 1866 are void foreign law.*