# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5161**  **September Term, 2025**

**1:24-cv-01626-SLS**

**Filed On:** December 30, 2025

Eeon, A Sole Proprietor and Eeon Foundation, A Sole Proprietorship,

    Appellants

    v.

United States of America, et al.,

    Appellees

    **BEFORE:**   Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for reconsideration of the court's October 15, 2025 orders denying appellants' petitions for rehearing and rehearing en banc, which this court construes as also containing a motion to recall the mandate, it is

**ORDERED** that the motion be denied. Appellants have not shown that reconsideration is warranted. Furthermore, the court's inherent power to recall its mandate "can be exercised only in extraordinary circumstances," Calderon v. Thompson, 523 U.S. 538, 550 (1998), and appellants have shown no such circumstances here.

The Clerk is directed to accept no further filings from appellants in this closed case.

**Per Curiam**

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

            BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk